**<u>EXHIBIT A</u>**

PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATIONS.

Loan #: ███████████

| Agreement Date: 2021-07-15 | Loan #: ███████████ |
|---|---|
| Effective Date: 2021-07-15 | Loan Type: |
| West Side Lending, LLC<br>Po Box 687<br>Keshena, WI 54135<br>Phone: 888-217-7531 | Name: JOSHUA KALKBRENNER<br>Address:<br>City:<br>State:<br>Phone:<br>Email Address: |

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The total dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 724.72% | $15,452.76 | $2,450.00 | $17,902.76 |

Your Payment Schedule will be:

| Payment Date | Payment Due |
|---|---|
| 2021-07-30 | $736.20 |
| 2021-08-13 | $686.91 |
| 2021-08-27 | $686.91 |
| 2021-09-10 | $686.91 |
| 2021-09-24 | $686.91 |
| 2021-10-08 | $686.91 |
| 2021-10-22 | $686.91 |
| 2021-11-05 | $686.91 |
| 2021-11-19 | $686.91 |
| 2021-12-03 | $686.91 |
| 2021-12-17 | $686.91 |
| 2021-12-31 | $686.91 |
| 2022-01-14 | $686.91 |
| 2022-01-28 | $686.91 |
| 2022-02-11 | $686.91 |
| 2022-02-25 | $686.91 |
| 2022-03-11 | $686.91 |

| | |
|---|---|
| 2022-03-25 | $686.91 |
| 2022-04-08 | $686.91 |
| 2022-04-22 | $686.91 |
| 2022-05-06 | $686.91 |
| 2022-05-20 | $686.91 |
| 2022-06-03 | $686.91 |
| 2022-06-17 | $686.91 |
| 2022-07-01 | $686.91 |
| 2022-07-15 | $680.72 |

**Security:** If you decide to authorize automatic payments from your bank account, you are giving a security interest in your Payment Choice Authorization. If you do not authorize automatic payments from your bank account, you are not giving us a security interest.

**Late Charge:** If a payment is late by five (5) days or more, you will be charged $25.00 per late scheduled payment.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

See the Terms and Conditions of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment refunds and penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount given to You directly $2,450.00

## TERMS AND CONDITIONS

### SPECIAL NOTICES:

* YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
* YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
* WE NEVER CHARGE EARLY PAYMENT PANALTIES OR FEES.
* YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
* NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS AND UNTIL YOUR COMPLETED APPLICATION IS APPROVED BY OUR TRIBAL LOAN CLOSING AGENT.
* WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS AND UNTIL YOUR COMPLETED APPLICATION IS APPROVED BY OUR UNDERWRITING DEPARTMENT.

In this Agreement ("Agreement") the words "we", "us", and "our" mean West Side Lending, LLC an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Menominee Tribe of Wisconsin ("Tribe"), a federally recognized Indian tribe, and any authorized representative, agent, independent contractor, affiliate or assignee We use in the provision of your loan. "You" and "your" means the consumer who signs the Agreement electronically. The term "business day" means any calendar day other than a Saturday, Sunday, or a bank or federal holiday, between the hours of 9:00 am and 5:00 pm EST.

This Agreement is governed by the laws of the Tribe.

IN ORDER TO COMPLETE YOUR TRANSACTION WITH US, YOU MUST ELECTRONICALLY SIGN AND DATE THIS AGREEMENT. WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS YOUR COMPLETED APPLICATION IS APPROVED BY OUR UNDERWRITING DEPARTMENT, LOCATED ON THE TRIBE'S RESERVATION. ONCE YOU SIGN AND SUBMIT THIS AGREEMENT, WE WILL EITHER APPROVE OR DENY YOUR REQUEST FOR CREDIT FROM OUR

OFFICE LOCATED ON TRIBAL LAND. IF YOUR INFORMATION CANNOT BE VERIFIED BY THE EFFECTIVE DATE, YOUR REQUEST FOR CREDIT WILL NOT BE APPROVED, WE WILL NOT FUND THE LOAN, AND YOU WILL NOT INCUR ANY FINANCE CHARGE OR FEES.

## PAYMENT DISBURSEMENT OPTIONS

**DISBURSEMENT:** If your loan is approved, we will process disbursement of your loan proceeds within one (1) business day of the day your loan is approved. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into your Bank Account as described in your Disbursement Authorization. The date that your loan proceeds are deposited to your Bank Account is the "Disbursement Date". Unavoidable delays that occur as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit and may cause a change in the Disbursement Date and your Annual Percentage Rate ("APR") as disclosed herein. In the event that disbursement is delayed, the Disbursement Date will automatically adjust to the actual date of disbursement

**AUTHORIZATION FOR ACH CREDIT:** You agree that we may initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds to you, then we will not be able to deposit the loan proceeds into your Bank Account. To find out whether or not a deposit has been made, you may contact customer service at 888-217-7531.

**EXPEDITED FUNDING SERVICE:** If you want to receive your loan proceeds sooner than through the usual ACH credit process, we offer you an Expedited Funding Service. If you choose this Expedited Funding Service, your loan proceeds are deposited into your Bank Account on the same business day as your loan is approved, if before 1:00 p.m. Eastern Time, or the next business day if after that time.

*For example*, if your loan was approved at 12:30 p.m. Eastern Time on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. But, if you wanted to use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. If you want to use the Expedited Funding Service, please notify your customer service representative.

## PAYMENT METHOD OPTIONS

**PAYMENTS:** You are required to make the payments for each period outlined in the payment schedule above ("Installment Period") on or before the payment due dates in the payment schedule ("Payment Due Dates"). If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If on the final scheduled Payment Due Date ("Maturity Date"), you still owe amounts under this Agreement, you will pay those amounts in full on that date.You may elect to make your payments electronically: by ACH debit, by debit card, or by Remotely Created Check. You may also elect to make your payments by cashier's check or money order and mail your payments to us. You authorize us to make payments pursuant to the Payment Upon Default payment options described below.

**ELECTRONIC PAYMENT: If you elect to make your payments electronically, then your payment plus any Non-Sufficient Funds ("NSF"), Late or Refused Instrument Charge fees due to us, if applicable, will be debited electronically from your Bank Account on each Payment Due Date as set forth in your payment schedule (see "PAYMENT CHOICE AUTHORIZATION" below) through one of the electronic methods described below. You may revoke your payments by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before**

we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s). For the purposes of these disclosures, our business days are Monday through Friday from 9:00 am to 5:00 pm EST. Saturdays, Sundays, and Holidays are not included.

**PAYMENTS BY ACH DEBIT:** You are electing to make payments by the regular payment option by automatic ACH debit. If you elect to pay by the regular ACH debit option, then you authorize us, our successors and assigns to initiate automatic debits for payments from your Bank Account. You agree that we will initiate debit entries on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You authorize us to initiate separate ACH debit entries to your Bank Account identified in the Payment Choice Authorization for any returned payment and NSF, Late or Refused Instrument Charge fees in the amounts set forth in this Agreement. You agree that we may reinitiate any ACH up to two (2) additional times for the same amount if an ACH is dishonored. **You do not have to authorize payments by the regular payment option by ACH debit in order to receive a loan from us. If you do not want to make payments by ACH debit, you must notify us after you sign this Agreement that you choose to change from the automatic option to one of the Alternative Voluntary Payment Methods below**.

**You may revoke this authorization** by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com not less than three (3) business days prior to the scheduled payment you wish to revoke. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s) that you request be revoked. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring ACH processing rather than providing you with a notice of transfer for each varying amount. The ACH debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late, or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

You authorize us to verify any information that you provide to us, including past and current information from whatever source. You agree that the ACH entries authorized here are voluntary, and that certain entries will recur as defined in this Agreement at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and correct the information. If any payment cannot be obtained by ACH, you remain responsible for such payment and any resulting fees under this Agreement.

Your Bank Account associated with this authorization is listed in the Payment Choice Authorization.

**ALTERNATIVE VOLUNTARY PAYMENT METHODS:** While your loan is current, you may choose an alternative payment method, such as by: 1) debit card pursuant to the below "Payment by Debit Card" option, 2) by cashier's check or money order pursuant to the below "Payment by Cashier's Check or Money Order" option, or 3) by remotely created check pursuant to the below "Payment by Remotely Created Check" option, by contacting us in writing at support@westsidelend.com or by phone at 888-217-7531 and advising us of your choice after entering into this Agreement.

**PAYMENT BY DEBIT CARD:** If you elect to pay by debit card, you agree that we may initiate debit entries to your debit card on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe, in three (3) instances: 1) if we cannot process your authorized ACH debits for any reason other than your revocation of ACH authorization, 2) if you specifically authorize that we debit your debit card identified in this Agreement, or 3) if you default on a payment.

You authorize us to initiate a separate debit to your debit card for any applicable NSF, Late or Refused Instrument Charge fees set forth in this Agreement. If the debit entries are dishonored, you authorize us to initiate separate debit entries to your debit card for the dishonored amount and any late fees or NSF fees.

You may revoke this authorization by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com not less than three (3) business days prior to your scheduled payment. Please note: if your scheduled payment has already been submitted to your financial institution at the time of

revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s).

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring debit card processing rather than providing you with a notice of transfer for each varying amount. The debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

**PAYMENT BY REMOTELY CREATED CHECK:** If you elect to pay by remotely created check, you agree that we may create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account, and to submit each check for payment to the bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each scheduled payment date ("Remotely Created Check"), otherwise known as a demand draft, telecheck, preauthorized draft or paper draft in four (4) instances: 1) if you have specifically elected to make your payments by Remotely Created Check, 2) if you elected to make payments by debit card or ACH and you subsequently revoke either authorization, 3) if we are unable to process your payments by debit card or ACH for any other reason, or 4) if you have defaulted on a payment.

If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any NSF, Late or Refused Instrument Charge fees or other amounts accrued pursuant to this Agreement. You agree that your typed name will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayment.

If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain recrediting of amounts we obtain via Remotely Created Check, contact us at 888-217-7531 or email us at support@westsidelend.com.

**PAYMENT BY CASHIER'S CHECK OR MONEY ORDER:** If you elect to pay by cashier's check or money order, then you agree to repay all amounts due pursuant to this Agreement by mailing your cashier's checks or money orders to us at P.O.Box 687 , Keshena WI 54135. All mailed payments must reach us by 4:00 pm Central Time on or before two [2] business days prior to the Payment Due Date to ensure timely processing of your payment.

### COVERED BORROWER IDENTIFICATION STATEMENT

You represent and warrant that you are not a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer, or a dependent of such member. You understand that We may verify this statement and are making this loan in reliance on the truth of this statement.

---

**PLEASE REVIEW THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION VERY CAREFULLY BEFORE SIGNING**

**Your ACH Credit Disbursement Authorization**

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for West Side Lending, LLC | Loan # |
|---|---|

**Disbursements to and Payments from your Bank Account.** By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits and payment debits to the following bank account (your "Bank Account").

| **Bank Name:** | CONSUMERS COOPERATIVE CU |
|---|---|
| **Transit ABA Number:** | |

**Deposit Account Number:**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

I JOSHUA KALKBRENNER agree that West Side Lending, LLCand its successors and assigns may initiate an ACH credit disbursement to my Bank Account and may initiate electronic fund transfer payments as described in this Agreement from my Bank Account.

**JOSHUA KALKBRENNER**

**DATE:** 2021-05-25 10:19:05 EDT

**PREPAYMENT:** You may prepay all or part of the amount you owe us at any time before the Maturity Date without penalty. If you prepay in full, you must pay the finance charge(s) accrued on your loan and all other amounts due up to the date of the prepayment. If you wish to prepay your loan, then you must contact a customer service representative at 888-217-7531 to obtain an accurate payoff amount and either provide us with authorization to effect a debit entry to your Bank Account for the prepayment, or otherwise advise us of your intended method of prepayment. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**LATE CHARGE:** You agree to pay a late charge of $25.00 if a payment is late by five (5) days or more. If you authorized debits from your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any late charges.

**REFUSED INSTRUMENT CHARGE:** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30.00. If you authorized debits from either your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any Refused Instrument Charge. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.

**YOUR PROMISE TO PAY:** You promise to pay us, or any subsequent holder of this Agreement, the Amount Financed and finance charges according to the payment schedule in the Truth in Lending Disclosures plus all other amounts owed to us under this Agreement. You agree that your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. All payments will be applied first to finance charges and fees and then to principal. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S):** You begin to accrue finance charge(s) for the loan on the Disbursement Date. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating your payments, we have assumed you will make each payment on the day and in the amount due as outlined within your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) will be calculated as of the date of your prepayment, and any over payment will be applied to the amounts owed under this Agreement. Time is of the essence, which means that unless you contact customer service and are expressly granted an extension of time to make payments, there are no grace periods for when payments must be made.

**ASSIGNMENT:** This Agreement may not be assigned by you. We may assign or transfer this Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your loan application. You give us consent to obtain information about you from consumer reporting agencies or other

sources at any time. We reserve the right to withhold funding of this loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**CREDIT REPORTING: We may report information about your loan to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected on your credit report.**

**CANCELLATION:** You may cancel your payment obligations under this Agreement, without cost or finance charges, within 24 hours following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us in writing, by or before the Cancellation Deadline, either by email to support@westsidelend.com or by fax at 906-373-3033, that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but before the loan proceeds have been deposited into your Bank Account, then we will not debit your Bank Account and both your and our obligations under this Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but after the loan proceeds have been deposited into your Bank Account, then you authorize us to effect a debit to your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount by debit to your Bank Account or your debit card, then this Agreement will remain in full force and effect.

**CONFIDENTIALITY:** We will disclose information to third parties about your account or the transfers you make: (1) where it is necessary for completing transfers; (2) in order to verify the existence and condition of your account to a third party, such as a credit bureau or merchant; (3) in order to comply with a government agency or court orders; or (4) as described in our privacy notice, provided with this Agreement.

**CONSEQUENCES OF DEFAULT:** Upon a default by you under this Agreement, we may, at our sole option, take any one or more of the following actions:

a) Agree to permit you to cure a payment default before the loan goes into collection by modifying your Payment Schedule and/or payment amounts (a "Cure Arrangement"). This option is not available for all customers and/or all loan products. If we agree to a Cure Arrangement and you fail to honor its terms, then we will have the right, at our sole discretion, to terminate the Cure Arrangement and immediately and without notice Accelerate Your Loan;

b) Automatically and without further action or notice Accelerate Your Loan and require you to immediately pay us all amounts due and owing pursuant to such acceleration;

c) If you have elected to repay your loan electronically, we may automatically and without further action or notice withdraw from your designated account(s) an amount equal to the amount owed and unpaid as of your last scheduled payment date up to an amount equal to the amount owed if we have Accelerated Your Loan;

d) Pursue all legally available means to collect what you owe us; and

e) Submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

By electing any one of these options, we do not waive or release our right to subsequently elect and apply any other options to collect the amounts due and owing to us including causing repayment pursuant to the following "Payment While in Default" section.

**PAYMENT WHILE IN DEFAULT.** In the event of your default, you separately authorize us, and our successors, agents, or assigns, to Accelerate Your Loan and cause repayment by ACH, Debit Card, remotely created check, or voluntary wage assignment in our discretion as set forth in the following sections. In the event of your default, you separately authorize us, and our successors, agents, or assigns, to Accelerate Your Loan by initiating a one-time automatic debit entry to your Bank Account or Debit Card (if applicable) in the amount of the entire outstanding balance under this Agreement. You agree that we will initiate the single electronic debit entry only for the outstanding amount owing at the time of acceleration, and within a reasonable time after default. You authorize us to re-initiate the debit entry up to two (2) additional times if the debit entry is returned unpaid. You authorize us to verify all of the information that you have provided to us relating to your

Bank Account and Debit Card. If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card, then you authorize us to verify and correct such information. You may revoke the authorizations by contacting us in writing at support@westsidelend.com or by phone at 888-217-7531 . Please note, however, that even though you may revoke this authorization, you are still required to pay all amounts due under this Agreement.

**AUTHORIZATION FOR REMOTELY CREATED CHECKS UPON DEFAULT.** In the event of your default, you separately authorize us, and our successors, agents, or assigns, to create checks bearing your typed name and other information as may be required under applicable law instead of your handwritten signature, drawn on Your Bank Account ("Remotely Created Check"), and to submit each such Remotely Created Check for payment to us in the amount of each payment owing to us under this Agreement on or after each Due Date. If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any returned payment fee, or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature, fully reflecting your intent to authenticate any such Remotely Created Check. If You believe we charged Your Bank Account in a manner not agreed to by this authorization, please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts due and owing, as modified by any partial prepayments. This Remotely Created Check authorization is effective only if you (1) originally selected ACH debits or automatic debits to your Debit Card as your payment method and then you revoke the authorization, (2) we are unable to process your payments by either method for any reason, or (3) You defaulted on a payment. If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling 888-217-7531. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**VOLUNTARY WAGE ASSIGNMENT UPON DEFAULT.** If your selected method of payment(s) (i.e. ACH Authorization, Alternative Voluntary Payment Method, etc.) under your Loan Agreement         with us dated 2021-05-25 is dishonored or returned unpaid and you have not otherwise made payment in full, then you authorize and instruct your current employer or any subsequent employer to deduct amounts owing to us from your wage and pay the amounts directly to us on your behalf until such amounts are paid in full unless otherwise limited by applicable law. You will be notified prior to this Voluntary Wage Assignment being sent to your employer. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**NOTE: THIS VOLUNTARY WAGE ASSIGNMENT IS REVOCABLE AT WILL.** You may revoke this Voluntary Wage Assignment by sending a written revocation to us at P.O.Box 687 . The written revocation must state your name, date of your Loan Agreement, and a statement that you wish to revoke the Voluntary Wage Assignment.

---

**PLEASE REVIEW THIS PAYMENT AUTHORIZATION UPON DEFAULT VERY CAREFULLY BEFORE SIGNING**

DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for
West Side Lending, LLC      Loan #:

**Your ACH, Debit, Remotely Created Check, and Voluntary Wage Assignment Authorization Upon Default**

By electronically signing this Payment Authorization Upon Default, you voluntarily authorize us and our successors and assigns to initiate the debit(s) you have authorized in the Payment While in Default section. This Payment Choice Authorization is a part of and relates to this Agreement.

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DEFAULT PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

I JOSHUA KALKBRENNER agree that West Side Lending, LLCand its successors and assigns may initiate electronic fund transfer payments from my Bank Account as indicated in the Payment Authorization Upon Default Section.

**JOSHUA KALKBRENNER**

**DATE:** 2021-05-25 10:19:25 EDT

**GOVERNING LAW:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY AND PRESERVATION OF SOVEREIGN IMMUNITY:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question, in the manner prescribed under the Tribe's Constitution. No such waiver has been made by the Tribe with respect to your Agreement with West Side Lending LLC. As set forth herein, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe.

As an economic development arm and instrumentality of the Tribe, West Side Lending LLC enjoys sovereign immunity to the same extent as the Tribe, which, under controlling Tribal and federal law, includes the right and authority to consent to a waiver, if any, of the sovereign immunity of West Side Lending LLC, and not on behalf of any other entity, including the Tribe, or any other third party. To protect and preserve the rights of the parties to this Agreement, no person may assume any waiver of sovereign immunity except as expressly set forth herein by West Side Lending LLC, and only to the extent that West Side Lending LLC, an economic development arm and instrumentality of the Tribe, has specifically consented to any such waiver as set forth herein. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Arbitration Provision set forth in this Agreement or, if you duly opt out of the Arbitration Provision, pursuant to the Tribal Dispute Resolution Procedure defined below. Any complaint made by you is limited by the terms of this Agreement, Tribal law, and/or applicable United States federal law. You may not pursue any dispute arising from this Agreement in any state court, as sovereign immunity from any such claims or unconsented suit is expressly preserved by West Side Lending LLC.

Credit is being extended to you on the basis of the inclusion of the within Arbitration Provision. By accepting this Agreement, unless you reject arbitration as provided below, you acknowledge that:

(a) For the purpose of allowing you (and only you) to take action solely to enforce the provisions of this Agreement pursuant to the Arbitration Provision;

(b) Subject to the Arbitration Provision provided herein, pursuant to its limited waiver, West Side Lending LLC expressly waives its immunity for the limited purposes of binding arbitration pursuant to the Arbitration Provision and the enforcement of any award resulting therefrom in the Tribal Court of the Menominee Indian Tribe of Wisconsin, and the Tribal appellate courts therefrom (the "Permitted Forums") for any claims arising out of this Agreement.

(c) The limited waiver of sovereign immunity granted herein does not include any waiver, either express or implied, to any third party. The limited waiver of sovereign immunity granted herein is of West Side Lending LLC only and does not include a waiver, either express or otherwise, by the Tribe, any entity of the Tribe other than West Side Lending LLC, or otherwise.

(d) West Side Lending LLC represents and warrants that the foregoing limited waiver of sovereign immunity is valid and has been duly authorized.

**WAIVER OF THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION: Please read this carefully as YOU ARE GIVING UP THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION.** You hereby knowingly and

voluntarily **WAIVE THE RIGHT TO LITIGATE DISPUTES AS A MEMBER OF A CLASS OR THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION** on all disputes subject to this Agreement. You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement. **THIS AGREEMENT REQUIRES INDIVIDUAL'S CLAIMS TO BE ARBITRATED AND FORBIDS CLASS ACTION CLAIMS UNLESS YOU (1) ARE SUBJECT TO THE PROTECTIONS OF THE MILITARY LENDING ACT, OR (2) EXERCISE YOUR RIGHT TO REJECT ARBITRATION AS PROVIDED IN THE ARBITRATION PROVISION THAT IS SET FORTH AT THE END OF THIS AGREEMENT.**

**WAIVER OF JURY TRIAL: YOU ARE GIVING UP THE RIGHT TO LITIGATE DISPUTES BEFORE A JURY**. You hereby knowingly and voluntarily **WAIVE THE RIGHT TO HAVE A JURY TRIAL on all disputes arising from this Agreement** . You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement.

**QUESTIONS OR CONCERNS:** If you have questions or concerns and need assistance, please telephone us at 888-217-7531

## ARBITRATION PROVISION

**This section is an arbitration provision and contains important information that affects your legal rights. PLEASE READ IT CAREFULLY.**

**YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:** .

For purposes of this Agreement, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation, (a) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Arbitration Provision, the validity and scope of this Arbitration Provision and any claim or attempt to set aside this Arbitration Provision; (b) all tribal, federal, or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including the customer information application, and/or any past agreement or agreements between you and us; (c) all counterclaims, cross-claims, and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any tribal, state, or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against us and/or any of our employees, agents, service providers, directors, officers, shareholders, governors, managers, members, parent company, or affiliated entities (hereinafter collectively referred to as "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; and/or (i) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

**WAIVER OF THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION: Please read this carefully as YOU ARE GIVING UP THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION.** You hereby knowingly and voluntarily **WAIVE THE RIGHT TO ARBITRATE DISPUTES AS A MEMBER OF A CLASS OR THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION on all disputes arising from this Agreement.** You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement. All disputes including any claims that might otherwise be asserted as representative claims against us and/or related third parties shall be resolved by binding arbitration only on an individual basis with you. **THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

## ACKNOWLEDGEMENT OF ARBITRATION

Credit is being extended to you on the basis of the inclusion of the within Arbitration Provision. By accepting this Agreement, unless you reject arbitration as provided below, you acknowledge that:

(a) **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

(b) **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

(c) **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY or ARBITRATION LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

(d) **YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY STATE COURT.**

Any party to a dispute, including related third parties, may send the other party written notice by certified mail, return receipt requested, of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association ("AAA") (1-800-778-7879) http://www.adr.org or Judicial Arbitration and Mediation Services ("JAMS") (1-800-352-5267) https://www.jamsadr.com/ (each AAA and JAMS referred to here as "Arbitration Organizations"). The limited waiver of sovereign immunity provided for by the Arbitration Provision of this Agreement is for the Arbitration Provision only and for no other express or implied purpose. The limited waiver of sovereign immunity is granted by West Side Lending, LLC only and does not waive the sovereign immunity of the Menominee Indian Tribe of Wisconsin or any other subdivision or enterprise of the Menominee Indian Tribe of Wisconsin all of which are expressly preserved.

The party receiving notice of arbitration will respond in writing by certified mail, return receipt requested, within twenty (20) days. If you demand arbitration, you must inform us in your demand of the Arbitration Organization that you have selected. If related third parties or we demand arbitration, you must notify us within twenty (20) days in writing by certified mail, return receipt requested, of your decision to select an Arbitration Organization. If you fail to notify us, then we have the right to select an Arbitration Organization. The parties to such dispute will be governed by the laws of the Menominee Tribe of Wisconsin, federal law, and such rules and procedures used by the applicable arbitration organization applicable to consumer disputes, to the extent those rules and procedures: (i) do not proscriptively waive federal law, or (ii) contradict the express terms of this Arbitration Provision or the law of the Tribe, including the limitations on the arbitrator set forth below. The arbitrator is not prevented from considering federal or state defenses to arbitrability, and nothing in this Agreement and and/or the Arbitration Provision of this Agreement should be read as displacing federal arbitration law or act as prospective waiver of federal law. Any ambiguity in the choice-of-law provision in this Agreement and Arbitration Provision shall be resolved in favor of arbitration. You may obtain a copy of the rules and procedures by contacting the Arbitration Organization listed above.

You have the right to request that arbitration take place within thirty (30) miles of your residence or some other mutually agreed upon location, provided, however, that such election to enter into binding arbitration occur somewhere other than on Tribal land shall in no way be construed as a waiver of sovereign immunity or allow for the application of any other law other than the laws of the Tribe and applicable federal law, and federal and state law defenses to the extent such defenses applies to the question of arbitrability of a dispute in accordance with the terms of this Agreement.

Regardless of who demands arbitration, we will advance your portion of the arbitration expenses, including the filing, administrative, hearing, and arbitrator's fees ("Arbitration Fees") at your request. Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees, if any. The arbitrator shall apply applicable substantive Tribal law consistent with the Federal Arbitration Act (FAA), and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. If allowed by statute or applicable law, the arbitrator may award statutory damages and/or reasonable attorneys' fees and expenses. If the arbitrator renders a decision or an award in your favor resolving the dispute, then you will not be responsible for reimbursing us for your portion of the Arbitration Fees, and we will reimburse you for any Arbitration Fees you have previously paid. If the arbitrator does not render a decision or an award in your favor resolving the dispute, then the arbitrator shall require you to reimburse us for the Arbitration Fees that we have advanced less any Arbitration Fees you have previously paid. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award is binding and not appealable.

All parties, including related third parties, shall retain the right to enforce an arbitration award before the applicable governing body of the Menominee Tribe of Wisconsin ("Tribal Forum") or a United States Federal District Court. Both you and we expressly consent to the jurisdiction of the Tribal government or a United States Federal District Court for the sole and limited purposes, and only for the sole and limited purposes, of enforcing the arbitration award as necessary.

This Arbitration Provision is made pursuant to a transaction involving both interstate commerce and Indian commerce under the United States Constitution and other federal and tribal laws. Thus, any arbitration shall be governed by the FAA, federal law inclusive of federal statutory rights and remedies, and subject to the laws of the Menominee Tribe of Wisconsin. If a final non-appealable judgment of a court having jurisdiction over this transaction and the parties finds, for any reason, that the FAA does not apply to this transaction, then our agreement to arbitrate shall be governed by the laws of the Menominee Tribe of Wisconsin and federal law.

You have the right to request that arbitration take place within thirty (30) miles of your residence or some other mutually agreed upon location, provided, however, that such election to have binding arbitration occur somewhere other than on Tribal land shall in no way be construed as a waiver of sovereign immunity or allow for the application of any other law other than the laws of the Menominee Tribe of Wisconsin and federal law, and federal and state defenses to the extent it applies to arbitrability of a dispute.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Arbitration Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Arbitration Provision is held invalid, the remainder shall remain in effect to the greatest extent permissible under applicable law.

### HOW TO REJECT THIS ARBITRATION PROVISION

YOU MAY REJECT THIS ARBITRATION PROVISION BY CONTACTING US USING ELECTRONIC COMMUNICATIONS, CALLING US, OR WRITING TO US, AND STATING THE FOLLOWING: (i) your name; (ii)the email address associated with your account; (iii) the address associated with your account; and (iv) that you are exercising your right to reject this arbitration provision **(a "rejection notice"). YOUR REJECTION NOTICE MUST BE RECEIVED WITHIN 30 DAYS AFTER THE YOU SIGN THIS AGREEMENT.** If your rejection notice complies with these requirements, this arbitration provision will not apply to you, except for any claims subject to pending litigation or arbitration at the time you send your rejection notice. Any rejection notice that complies with this provision will apply to both us and our affiliates. Rejection of the arbitration will not affect your other rights or responsibilities under this Arbitration Provision or this Agreement.

### IF YOU REJECT THIS ARBITRATION PROVISION

If you reject this Arbitration Provision, you agree that any and all disputes arising hereunder shall be resolved pursuant to the tribal dispute resolution procedure under the Menominee Tribal Consumer Financial Services Regulation (the "Tribal Dispute Resolution Procedure"). Instructions on how to have your dispute resolved in this manner are available here: http://www.westsidelend.com/resolving-consumer-disputes. YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY STATE COURT. YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY FEDERAL COURT UNLESS AND UNTIL YOU HAVE EXHAUSTED PROCEEDINGS UNDER THIS SECTION BY ALLOWING A FULL RECORD TO BE DEVELOPED IN THE TRIBAL COURT PURSUANT TO THE MENOMINEE TRIBAL CONSUMER FINANCIAL SERVICES REGULATION.

---

### ARBITRATION PROVISION AUTHORIZATION

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS ARBITRATION PROVISION AND AGREEING TO ALL THE TERMS OF THIS ARBITRATION PROVISION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

I <u>JOSHUA KALKBRENNER</u> agree to this Arbitration Provision.

**JOSHUA KALKBRENNER**

**DATE:** 2021-05-25 10:19:34 EDT

## CONSENTS TO CERTAIN COMMUNICATIONS

### CONSENT TO ELECTRONIC COMMUNICATIONS

The following terms and conditions govern electronic communications in connection with this Agreement and the transaction evidenced hereby (this "Consent"). By electronically signing this Agreement you are confirming that you have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You further agree that:

Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by sending it to you by e-mail as permitted by applicable law.

We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so

You may obtain a copy of any Communication by contacting us at www.westsidelend.com, writing to us at support@westsidelend.com, or by calling us at 888-217-7531. You will not be charged a fee for such copy. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate this Agreement and demand payment of the amount then due by the date of your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.

You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.

In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

### CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES

**CONSENT TO TELEPHONE CALLS AND TEXT MESSAGES.** By electronically signing this Agreement by clicking the "I AGREE" button and entering your name below, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 888-217-7531 or emailing us at support@westsidelend.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 888-217-7531 or emailing us at support@westsidelend.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously

valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that We make available to You, You must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on Your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 888-217-7531.

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings

You agree that We may send any Operational Text Messages related to Your loan through Your communication service provider in order to deliver them to You and that Your communication service provider is acting as Your agent in this capacity. You agree to indemnify, defend and hold Us harmless from and against all claims, losses, liability, cost, and expenses (including reasonable attorneys' fees) arising from Your provision of a mobile phone number that is not Your own or Your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for Your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us. We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

---

**CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS**

By signing this section, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

**Signing this section will be deemed to be your signature acknowledging your consent to receive Advertising and Telemarketing Text Messages and telephone calls as described above to your mobile phone at 888-217-7531.**

**You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 888-217-7531 or emailing us at support@westsidelend.com .**

**You understand that: any Text Messages We send You may be accessed by anyone with access to Your Text Messages; and Your mobile phone service provider may charge You fees for Text Messages that We send You, and You agree that We shall have no liability for the cost of any Text Messages.**

**JOSHUA KALKBRENNER**

**DATE:** 2021-05-25 10:19:44 EDT

## COVERED BORROWER IDENTIFICATION STATEMENT

We provide important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to select and electronically sign this statement if applicable:

**I AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer (or a dependent of such a member).**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS COVERED BORROWER IDENTIFICATION STATEMENT.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

**I <u>JOSHUA KALKBRENNER</u> agree to this Covered Borrower Identification Provision.**

**JOSHUA KALKBRENNER**

**DATE:** 2021-05-25 10:19:52 EDT

---

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

**BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:**

**ACH CREDIT DISBURSEMENT AUTHORIZATION**

**PAYMENT AUTHORIZATION UPON DEFAULT**

**ARBITRATION PROVISION AUTHORIZATION**

**THE CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES**

**THE COVERED BORROWER IDENTIFICATION STATEMENT**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

**JOSHUA KALKBRENNER**

**DATE:** 2021-05-25 10:20:03 EDT

**ERROR RESOLUTION NOTICE:** In the event (i) you have a question about an electronic transfer or if (ii) you find an error, you must telephone us at 888-217-7531, email us at support@westsidelend.com, or contact us by mail at P.O.Box 687 , Keshena WI 54135. We must hear from you no later than sixty (60) days after the FIRST debit or credit that is the basis of the problem or error. (1) Tell us your name and account number (if any); (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not credit your account.

For errors involving new accounts, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your account for the amount you think is in error. We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## PRIVACY POLICY

Rev. November 2017

| FACTS | WHAT DOES West Side Lending, LLC DO WITH YOUR PERSONAL INFORMATION? |
|-------|--------------------------------------------------------------------|

| | |
|-------|--------------------------------------------------------------------|
| **Why?** | Financial companies choose how they share Your personal information. Consumers have the right to limit some but not all sharing. This notice tells You how We collect, share, and protect Your personal information. Please read this notice carefully to understand what We do. |
| **What?** | The types of personal information We collect and share depend on the product or service You have with Us. This information can include:<br>*Social Security number and checking account information<br>*Payment history and income<br>*Employment information and wire transfer instructions |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, We list the reasons financial companies can share their customers personal information; the reason West Side Lending, LLC chooses to share; and whether You can limit this sharing. |

| Reasons we can share your personal information | Does West Side Lending, LLC share? | Can you limit this sharing? |
|-----------------------------------------------|------------------------------------|-----------------------------|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | YES | NO |
| For our marketing purposes to offer our products and services to You | YES | NO |
| For joint marketing with other financial companies | YES | NO |
| For our affiliates' everyday business purposes-information about your transactions and experiences | YES | NO |
| For our affiliates' everyday business purposes-information about your creditworthiness | YES | YES |
| For our affiliates to market to you | YES | YES |
| For non-affiliates to market to you | YES | YES |

| | |
|---------------------|----------------------------------------------------------------------|
| **To limit our sharing** | *Call 888-217-7531 and our menu will prompt You through Your choices or<br>*Visit Us on the web at www.westsidelend.com<br>*Contact Us via email at support@westsidelend.com<br>Please note:<br>If You are a new customer, We can begin sharing Your information 30 days from the date We sent this notice. When You are no longer our customer, We can share Your information as described in this notice. However, You can contact Us at any time to limit our sharing. |

| Questions? | Call 888-217-7531 or go to www.westsidelend.com |
|---|---|

| **Who we are:** | |
|---|---|
| Who is providing this notice? | West Side Lending, LLC, a business entity of the Menominee Tribe of Wisconsin |

| **What we do:** | |
|---|---|
| How does West Side Lending, LLC protect my personal information? | To protect Your personal information from unauthorized access and use, We use security measures. These measures include computer safeguards and secured files and buildings. |
| How does West Side Lending, LLC collect my personal information? | We collect Your personal information, for example, when You<br>*Apply for a loan<br>*Give Us Your income information<br>*Tell Us where to send the money<br>*Provide account information<br>*Provide employment information<br>We also collect Your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br>*sharing for affiliates' everyday business purposes - information about Your creditworthiness<br>*affiliates from using Your information to market to You<br>*sharing for non-affiliates to market to You |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| **Definitions:** | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>*Our affiliates include other business entities of the Tribe. |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to You.<br>West Side Lending, LLC, does not jointly market. |

**<u>EXHIBIT B</u>**

**PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATIONS.**

Loan #: ▮▮▮▮▮▮▮▮

| | |
|---|---|
| **Agreement Date: 2021-05-25**<br>**Effective Date: 2021-05-25**<br><br>West Side Lending, LLC<br>P.O.Box 687<br>Keshena, WI 54135<br>Phone: 888-217-7531 | **Loan #:** ▮▮▮▮▮▮<br>**Loan Type:**<br><br>Name: JOSHUA KALKBRENNER<br>Address: ▮▮▮▮▮▮<br>City: ▮▮▮▮▮<br>State: IL, Zip: ▮▮▮▮▮<br>Phone: ▮▮▮▮▮<br>Email Address: ▮▮▮▮▮ |

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The total dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 777.86% | $10,007.44 | $1,500.00 | $11,507.44 |

Your Payment Schedule will be:

| Payment Date | Payment Due |
|---|---|
| 2021-06-03 | $288.81 |
| 2021-06-17 | $449.32 |
| 2021-07-01 | $449.32 |
| 2021-07-15 | $449.32 |
| 2021-07-29 | $449.32 |
| 2021-08-12 | $449.32 |
| 2021-08-26 | $449.32 |
| 2021-09-09 | $449.32 |
| 2021-09-23 | $449.32 |
| 2021-10-07 | $449.32 |
| 2021-10-21 | $449.32 |
| 2021-11-04 | $449.32 |
| 2021-11-18 | $449.32 |
| 2021-12-02 | $449.32 |
| 2021-12-16 | $449.32 |
| 2021-12-30 | $449.32 |
| 2022-01-13 | $449.32 |

| | |
|---|---|
| 2022-01-27 | $449.32 |
| 2022-02-10 | $449.32 |
| 2022-02-24 | $449.32 |
| 2022-03-10 | $449.32 |
| 2022-03-24 | $449.32 |
| 2022-04-07 | $449.32 |
| 2022-04-21 | $449.32 |
| 2022-05-05 | $449.32 |
| 2022-05-19 | $434.95 |

**Security**: If you decide to authorize automatic payments from your bank account, you are giving a security interest in your Payment Choice Authorization. If you do not authorize automatic payments from your bank account, you are not giving us a security interest.

**Late Charge**: If a payment is late by five (5) days or more, you will be charged $25.00 per late scheduled payment.

**Prepayment**: If you pay off early, you will not have to pay a penalty.

See the Terms and Conditions of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment refunds and penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount given to You directly $1,500.00

## TERMS AND CONDITIONS

### SPECIAL NOTICES:

* YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
* YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
* WE NEVER CHARGE EARLY PAYMENT PANALTIES OR FEES.
* YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
* NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS AND UNTIL YOUR COMPLETED APPLICATION IS APPROVED BY OUR TRIBAL LOAN CLOSING AGENT.
* WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS AND UNTIL YOUR COMPLETED APPLICATION IS APPROVED BY OUR UNDERWRITING DEPARTMENT.
In this Agreement ("Agreement") the words "we", "us", and "our" mean West Side Lending, LLC an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Menominee Tribe of Wisconsin ("Tribe"), a federally recognized Indian tribe, and any authorized representative, agent, independent contractor, affiliate or assignee We use in the provision of your loan. "You" and "your" means the consumer who signs the Agreement electronically. The term "business day" means any calendar day other than a Saturday, Sunday, or a bank or federal holiday, between the hours of 9:00 am and 5:00 pm EST.

This Agreement is governed by the laws of the Tribe.

IN ORDER TO COMPLETE YOUR TRANSACTION WITH US, YOU MUST ELECTRONICALLY SIGN AND DATE THIS AGREEMENT. WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS YOUR COMPLETED APPLICATION IS APPROVED BY OUR UNDERWRITING DEPARTMENT, LOCATED ON THE TRIBE'S RESERVATION. ONCE YOU SIGN AND SUBMIT THIS AGREEMENT, WE WILL EITHER APPROVE OR DENY YOUR REQUEST FOR CREDIT FROM OUR

OFFICE LOCATED ON TRIBAL LAND. IF YOUR INFORMATION CANNOT BE VERIFIED BY THE EFFECTIVE DATE, YOUR REQUEST FOR CREDIT WILL NOT BE APPROVED, WE WILL NOT FUND THE LOAN, AND YOU WILL NOT INCUR ANY FINANCE CHARGE OR FEES.

## PAYMENT DISBURSEMENT OPTIONS

**DISBURSEMENT:** If your loan is approved, we will process disbursement of your loan proceeds within one (1) business day of the day your loan is approved. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into your Bank Account as described in your Disbursement Authorization. The date that your loan proceeds are deposited to your Bank Account is the "Disbursement Date". Unavoidable delays that occur as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit and may cause a change in the Disbursement Date and your Annual Percentage Rate ("APR") as disclosed herein. In the event that disbursement is delayed, the Disbursement Date will automatically adjust to the actual date of disbursement

**AUTHORIZATION FOR ACH CREDIT:** You agree that we may initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds to you, then we will not be able to deposit the loan proceeds into your Bank Account. To find out whether or not a deposit has been made, you may contact customer service at 888-217-7531.

**EXPEDITED FUNDING SERVICE:** If you want to receive your loan proceeds sooner than through the usual ACH credit process, we offer you an Expedited Funding Service. If you choose this Expedited Funding Service, your loan proceeds are deposited into your Bank Account on the same business day as your loan is approved, if before 1:00 p.m. Eastern Time, or the next business day if after that time.

*For example,* if your loan was approved at 12:30 p.m. Eastern Time on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. But, if you wanted to use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. If you want to use the Expedited Funding Service, please notify your customer service representative.

## PAYMENT METHOD OPTIONS

**PAYMENTS:** You are required to make the payments for each period outlined in the payment schedule above ("Installment Period") on or before the payment due dates in the payment schedule ("Payment Due Dates"). If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If on the final scheduled Payment Due Date ("Maturity Date"), you still owe amounts under this Agreement, you will pay those amounts in full on that date. You may elect to make your payments electronically: by ACH debit, by debit card, or by Remotely Created Check. You may also elect to make your payments by cashier's check or money order and mail your payments to us. You authorize us to make payments pursuant to the Payment Upon Default payment options described below.

**ELECTRONIC PAYMENT:** If you elect to make your payments electronically, then your payment plus any Non-Sufficient Funds ("NSF"), Late or Refused Instrument Charge fees due to us, if applicable, will be debited electronically from your Bank Account on each Payment Due Date as set forth in your payment schedule (see "PAYMENT CHOICE AUTHORIZATION" below) through one of the electronic methods described below. You may revoke your payments by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before

we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s). For the purposes of these disclosures, our business days are Monday through Friday from 9:00 am to 5:00 pm EST. Saturdays, Sundays, and Holidays are not included.

**PAYMENTS BY ACH DEBIT:** You are electing to make payments by the regular payment option by automatic ACH debit. If you elect to pay by the regular ACH debit option, then you authorize us, our successors and assigns to initiate automatic debits for payments from your Bank Account. You agree that we will initiate debit entries on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You authorize us to initiate separate ACH debit entries to your Bank Account identified in the Payment Choice Authorization for any returned payment and NSF, Late or Refused Instrument Charge fees in the amounts set forth in this Agreement. You agree that we may reinitiate any ACH up to two (2) additional times for the same amount if an ACH is dishonored. **You do not have to authorize payments by the regular payment option by ACH debit in order to receive a loan from us. If you do not want to make payments by ACH debit, you must notify us after you sign this Agreement that you choose to change from the automatic option to one of the Alternative Voluntary Payment Methods below.**

**You may revoke this authorization** by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com not less than three (3) business days prior to the scheduled payment you wish to revoke. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s) that you request be revoked. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring ACH processing rather than providing you with a notice of transfer for each varying amount. The ACH debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late, or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

You authorize us to verify any information that you provide to us, including past and current information from whatever source. You agree that the ACH entries authorized here are voluntary, and that certain entries will recur as defined in this Agreement at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and correct the information. If any payment cannot be obtained by ACH, you remain responsible for such payment and any resulting fees under this Agreement.

Your Bank Account associated with this authorization is listed in the Payment Choice Authorization.

**ALTERNATIVE VOLUNTARY PAYMENT METHODS:** While your loan is current, you may choose an alternative payment method, such as by: 1) debit card pursuant to the below "Payment by Debit Card" option, 2) by cashier's check or money order pursuant to the below "Payment by Cashier's Check or Money Order" option, or 3) by remotely created check pursuant to the below "Payment by Remotely Created Check" option, by contacting us in writing at support@westsidelend.com or by phone at 888-217-7531 and advising us of your choice after entering into this Agreement.

**PAYMENT BY DEBIT CARD:** If you elect to pay by debit card, you agree that we may initiate debit entries to your debit card on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe, in three (3) instances: 1) if we cannot process your authorized ACH debits for any reason other than your revocation of ACH authorization, 2) if you specifically authorize that we debit your debit card identified in this Agreement, or 3) if you default on a payment.

You authorize us to initiate a separate debit to your debit card for any applicable NSF, Late or Refused Instrument Charge fees set forth in this Agreement. If the debit entries are dishonored, you authorize us to initiate separate debit entries to your debit card for the dishonored amount and any late fees or NSF fees.

You may revoke this authorization by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com not less than three (3) business days prior to your scheduled payment. Please note: if your scheduled payment has already been submitted to your financial institution at the time of

revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s).

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring debit card processing rather than providing you with a notice of transfer for each varying amount. The debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

**PAYMENT BY REMOTELY CREATED CHECK:** If you elect to pay by remotely created check, you agree that we may create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account, and to submit each check for payment to the bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each scheduled payment date ("Remotely Created Check"), otherwise known as a demand draft, telecheck, preauthorized draft or paper draft in four (4) instances: 1) if you have specifically elected to make your payments by Remotely Created Check, 2) if you elected to make payments by debit card or ACH and you subsequently revoke either authorization, 3) if we are unable to process your payments by debit card or ACH for any other reason, or 4) if you have defaulted on a payment.

If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any NSF, Late or Refused Instrument Charge fees or other amounts accrued pursuant to this Agreement. You agree that your typed name will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayment.

If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain recrediting of amounts we obtain via Remotely Created Check, contact us at 888-217-7531 or email us at support@westsidelend.com.

**PAYMENT BY CASHIER'S CHECK OR MONEY ORDER:** If you elect to pay by cashier's check or money order, then you agree to repay all amounts due pursuant to this Agreement by mailing your cashier's checks or money orders to us at Po Box 687, Keshena WI 54135. All mailed payments must reach us by 4:00 pm Central Time on or before two [2] business days prior to the Payment Due Date to ensure timely processing of your payment.

## COVERED BORROWER IDENTIFICATION STATEMENT

You represent and warrant that you are not a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer, or a dependent of such member. You understand that We may verify this statement and are making this loan in reliance on the truth of this statement.

| PLEASE REVIEW THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION VERY CAREFULLY BEFORE SIGNING |
| --- |
| Your ACH Credit Disbursement Authorization |

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for West Side Lending, LLC | Loan # |
| --- | --- |

**Disbursements to and Payments from your Bank Account.** By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits and payment debits to the following bank account (your "Bank Account").

| Bank Name: | Alliant Credit Union |
| --- | --- |
| Transit ABA Number: | |
| Deposit Account Number: | |

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

I JOSHUA KALKBRENNER agree that West Side Lending, LLCand its successors and assigns may initiate an ACH credit disbursement to my Bank Account and may initiate electronic fund transfer payments as described in this Agreement from my Bank Account.

**JOSHUA KALKBRENNER**

**DATE:** 2021-07-15 09:19:51 EDT



**PREPAYMENT:** You may prepay all or part of the amount you owe us at any time before the Maturity Date without penalty. If you prepay in full, you must pay the finance charge(s) accrued on your loan and all other amounts due up to the date of the prepayment. If you wish to prepay your loan, then you must contact a customer service representative at 888-217-7531 to obtain an accurate payoff amount and either provide us with authorization to effect a debit entry to your Bank Account for the prepayment, or otherwise advise us of your intended method of prepayment. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**LATE CHARGE:** You agree to pay a late charge of $25.00 if a payment is late by five (5) days or more. If you authorized debits from your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any late charges.

**REFUSED INSTRUMENT CHARGE:** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30.00. If you authorized debits from either your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any Refused Instrument Charge. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.

**YOUR PROMISE TO PAY:** You promise to pay us, or any subsequent holder of this Agreement, the Amount Financed and finance charges according to the payment schedule in the Truth in Lending Disclosures plus all other amounts owed to us under this Agreement. You agree that your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. All payments will be applied first to finance charges and fees and then to principal. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S):** You begin to accrue finance charge(s) for the loan on the Disbursement Date. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating your payments, we have assumed you will make each payment on the day and in the amount due as outlined within your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) will be calculated as of the date of your prepayment, and any over payment will be applied to the amounts owed under this Agreement. Time is of the essence, which means that unless you contact customer service and are expressly granted an extension of time to make payments, there are no grace periods for when payments must be made.

**ASSIGNMENT:** This Agreement may not be assigned by you. We may assign or transfer this Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your loan application. You give us consent to obtain information about you from consumer reporting agencies or other sources at any time. We reserve the right to withhold funding of this loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**CREDIT REPORTING:** We may report information about your loan to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected on your credit report.

**CANCELLATION:** You may cancel your payment obligations under this Agreement, without cost or finance charges, within 24 hours following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us in writing, by or before the Cancellation Deadline, either by email to support@westsidelend.com or by fax at 906-373-3033, that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but before the loan proceeds have been deposited into your Bank Account, then we will not debit your Bank Account and both your and our obligations under this Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but after the loan proceeds have been deposited into your Bank Account, then you authorize us to effect a debit to your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount by debit to your Bank Account or your debit card, then this Agreement will remain in full force and effect.

**CONFIDENTIALITY:** We will disclose information to third parties about your account or the transfers you make: (1) where it is necessary for completing transfers; (2) in order to verify the existence and condition of your account to a third party, such as a credit bureau or merchant; (3) in order to comply with a government agency or court orders; or (4) as described in our privacy notice, provided with this Agreement.

**CONSEQUENCES OF DEFAULT:** Upon a default by you under this Agreement, we may, at our sole option, take any one or more of the following actions:

a) Agree to permit you to cure a payment default before the loan goes into collection by modifying your Payment Schedule and/or payment amounts (a "Cure Arrangement"). This option is not available for all customers and/or all loan products. If we agree to a Cure Arrangement and you fail to honor its terms, then we will have the right, at our sole discretion, to terminate the Cure Arrangement and immediately and without notice Accelerate Your Loan;

b) Automatically and without further action or notice Accelerate Your Loan and require you to immediately pay us all amounts due and owing pursuant to such acceleration;

c) If you have elected to repay your loan electronically, we may automatically and without further action or notice withdraw from your designated account(s) an amount equal to the amount owed and unpaid as of your last scheduled payment date up to an amount equal to the amount owed if we have Accelerated Your Loan;

d) Pursue all legally available means to collect what you owe us; and

e) Submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

By electing any one of these options, we do not waive or release our right to subsequently elect and apply any other options to collect the amounts due and owing to us including causing repayment pursuant to the following "Payment While in Default" section.

**PAYMENT WHILE IN DEFAULT.** In the event of your default, you separately authorize us, and our successors, agents, or assigns, to Accelerate Your Loan and cause repayment by ACH, Debit Card, remotely created check, or voluntary wage assignment in our discretion as set forth in the following sections. In the event of your default, you separately authorize us, and our successors, agents, or assigns, to Accelerate Your Loan by initiating a one-time automatic debit entry to your Bank Account or Debit Card (if applicable) in the amount of the entire outstanding balance under this Agreement. You agree that we will initiate the single electronic debit entry only for the outstanding amount owing at the time of acceleration, and within a reasonable time after

default. You authorize us to re-initiate the debit entry up to two (2) additional times if the debit entry is returned unpaid. You authorize us to verify all of the information that you have provided to us relating to your Bank Account and Debit Card. If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card, then you authorize us to verify and correct such information. You may revoke the authorizations by contacting us in writing at support@westsidelend.com or by phone at 888-217-7531 . Please note, however, that even though you may revoke this authorization, you are still required to pay all amounts due under this Agreement.

**AUTHORIZATION FOR REMOTELY CREATED CHECKS UPON DEFAULT.** In the event of your default, you separately authorize us, and our successors, agents, or assigns, to create checks bearing your typed name and other information as may be required under applicable law instead of your handwritten signature, drawn on Your Bank Account ("Remotely Created Check"), and to submit each such Remotely Created Check for payment to us in the amount of each payment owing to us under this Agreement on or after each Due Date. If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any returned payment fee, or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature, fully reflecting your intent to authenticate any such Remotely Created Check. If You believe we charged Your Bank Account in a manner not agreed to by this authorization, please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts due and owing, as modified by any partial prepayments. This Remotely Created Check authorization is effective only if you (1) originally selected ACH debits or automatic debits to your Debit Card as your payment method and then you revoke the authorization, (2) we are unable to process your payments by either method for any reason, or (3) You defaulted on a payment. If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling 888-217-7531. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**VOLUNTARY WAGE ASSIGNMENT UPON DEFAULT.** If your selected method of payment(s) (i.e. ACH Authorization, Alternative Voluntary Payment Method, etc.) under your Loan Agreement                    with us dated 2021-07-15 is dishonored or returned unpaid and you have not otherwise made payment in full, then you authorize and instruct your current employer or any subsequent employer to deduct amounts owing to us from your wage and pay the amounts directly to us on your behalf until such amounts are paid in full unless otherwise limited by applicable law. You will be notified prior to this Voluntary Wage Assignment being sent to your employer. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**NOTE: THIS VOLUNTARY WAGE ASSIGNMENT IS REVOCABLE AT WILL.** You may revoke this Voluntary Wage Assignment by sending a written revocation to us at Po Box 687. The written revocation must state your name, date of your Loan Agreement, and a statement that you wish to revoke the Voluntary Wage Assignment.

---

**PLEASE REVIEW THIS PAYMENT AUTHORIZATION UPON DEFAULT VERY CAREFULLY BEFORE SIGNING**

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for West Side Lending, LLC | Loan # |
|---|---|

**Your ACH, Debit, Remotely Created Check, and Voluntary Wage Assignment Authorization Upon Default**

By electronically signing this Payment Authorization Upon Default, you voluntarily authorize us and our successors and assigns to initiate the debit(s) you have authorized in the Payment While in Default section. This Payment Choice Authorization is a part of and relates to this Agreement.

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DEFAULT PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

I **JOSHUA KALKBRENNER** agree that West Side Lending, LLCand its successors and assigns may initiate electronic fund transfer payments from my Bank Account as indicated in the Payment Authorization Upon Default Section.

**JOSHUA KALKBRENNER**

**DATE:** 2021-07-15 09:19:54 EDT



**GOVERNING LAW:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY AND PRESERVATION OF SOVEREIGN IMMUNITY:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question, in the manner prescribed under the Tribe's Constitution. No such waiver has been made by the Tribe with respect to your Agreement with West Side Lending LLC. As set forth herein, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe.

As an economic development arm and instrumentality of the Tribe, West Side Lending LLC enjoys sovereign immunity to the same extent as the Tribe, which, under controlling Tribal and federal law, includes the right and authority to consent to a waiver, if any, of the sovereign immunity of West Side Lending LLC, and not on behalf of any other entity, including the Tribe, or any other third party. To protect and preserve the rights of the parties to this Agreement, no person may assume any waiver of sovereign immunity except as expressly set forth herein by West Side Lending LLC, and only to the extent that West Side Lending LLC, an economic development arm and instrumentality of the Tribe, has specifically consented to any such waiver as set forth herein. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Arbitration Provision set forth in this Agreement or, if you duly opt out of the Arbitration Provision, pursuant to the Tribal Dispute Resolution Procedure defined below. Any complaint made by you is limited by the terms of this Agreement, Tribal law, and/or applicable United States federal law. You may not pursue any dispute arising from this Agreement in any state court, as sovereign immunity from any such claims or unconsented suit is expressly preserved by West Side Lending LLC.

Credit is being extended to you on the basis of the inclusion of the within Arbitration Provision. By accepting this Agreement, unless you reject arbitration as provided below, you acknowledge that:

(a) For the purpose of allowing you (and only you) to take action solely to enforce the provisions of this Agreement pursuant to the Arbitration Provision;

(b) Subject to the Arbitration Provision provided herein, pursuant to its limited waiver, West Side Lending LLC expressly waives its immunity for the limited purposes of binding arbitration pursuant to the Arbitration Provision and the enforcement of any award resulting therefrom in the Tribal Court of the Menominee Indian Tribe of Wisconsin, and the Tribal appellate courts therefrom (the "Permitted Forums") for any claims arising out of this Agreement.

(c) The limited waiver of sovereign immunity granted herein does not include any waiver, either express or implied, to any third party. The limited waiver of sovereign immunity granted herein is of West Side Lending LLC only and does not include a waiver, either express or otherwise, by the Tribe, any entity of the Tribe other than West Side Lending LLC, or otherwise.

(d) West Side Lending LLC represents and warrants that the foregoing limited waiver of sovereign immunity is valid and has been duly authorized.

**WAIVER OF THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION: Please read this carefully as YOU ARE GIVING UP THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION.** You hereby knowingly and voluntarily **WAIVE THE RIGHT TO LITIGATE DISPUTES AS A MEMBER OF A CLASS OR THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION** on all disputes subject to this Agreement. You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement. **THIS AGREEMENT REQUIRES INDIVIDUAL'S CLAIMS TO BE ARBITRATED AND FORBIDS CLASS ACTION CLAIMS UNLESS YOU (1) ARE SUBJECT TO THE PROTECTIONS OF THE MILITARY LENDING ACT, OR (2) EXERCISE YOUR RIGHT TO REJECT ARBITRATION AS PROVIDED IN THE ARBITRATION PROVISION THAT IS SET FORTH AT THE END OF THIS AGREEMENT.**

**WAIVER OF JURY TRIAL: YOU ARE GIVING UP THE RIGHT TO LITIGATE DISPUTES BEFORE A JURY.** You hereby knowingly and voluntarily **WAIVE THE RIGHT TO HAVE A JURY TRIAL on all disputes arising from this Agreement** . You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement.

**QUESTIONS OR CONCERNS:** If you have questions or concerns and need assistance, please telephone us at 888-217-7531

### ARBITRATION PROVISION

**This section is an arbitration provision and contains important information that affects your legal rights. PLEASE READ IT CAREFULLY.**

**YOU ACKNOWLEDGE AND AGREE AS FOLLOWS: .**

For purposes of this Agreement, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation, (a) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Arbitration Provision, the validity and scope of this Arbitration Provision and any claim or attempt to set aside this Arbitration Provision; (b) all tribal, federal, or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including the customer information application, and/or any past agreement or agreements between you and us; (c) all counterclaims, cross-claims, and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any tribal, state, or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against us and/or any of our employees, agents, service providers, directors, officers, shareholders, governors, managers, members, parent company, or affiliated entities (hereinafter collectively referred to as "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; and/or (i) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

**WAIVER OF THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION: Please read this carefully as YOU ARE GIVING UP THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION.** You hereby knowingly and voluntarily **WAIVE THE RIGHT TO ARBITRATE DISPUTES AS A MEMBER OF A CLASS OR THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION on all disputes arising from this Agreement.** You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement. All disputes including any claims that might otherwise be asserted as representative claims against us and/or related third parties shall be resolved by binding arbitration only on an individual basis with you. **THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

### ACKNOWLEDGEMENT OF ARBITRATION

Credit is being extended to you on the basis of the inclusion of the within Arbitration Provision. By accepting this Agreement, unless you reject arbitration as provided below, you acknowledge that:

(a) **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

(b) **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

(c) **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY or ARBITRATION LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

(d) **YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY STATE COURT.**

Any party to a dispute, including related third parties, may send the other party written notice by certified mail, return receipt requested, of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association ("AAA") (1-800-778-7879) http://www.adr.org or Judicial Arbitration and Mediation Services ("JAMS") (1-800-352-5267) https://www.jamsadr.com/ (each AAA and JAMS referred to here as "Arbitration Organizations"). The limited waiver of sovereign immunity provided for by the Arbitration Provision of this Agreement is for the Arbitration Provision only and for no other express or implied purpose. The limited waiver of sovereign immunity is granted by West Side Lending, LLC only and does not waive the sovereign immunity of the Menominee Indian Tribe of Wisconsin or any other subdivision or enterprise of the Menominee Indian Tribe of Wisconsin all of which are expressly preserved.

The party receiving notice of arbitration will respond in writing by certified mail, return receipt requested, within twenty (20) days. If you demand arbitration, you must inform us in your demand of the Arbitration Organization that you have selected. If related third parties or we demand arbitration, you must notify us within twenty (20) days in writing by certified mail, return receipt requested, of your decision to select an Arbitration Organization. If you fail to notify us, then we have the right to select an Arbitration Organization. The parties to such dispute will be governed by the laws of the Menominee Tribe of Wisconsin, federal law, and such rules and procedures used by the applicable arbitration organization applicable to consumer disputes, to the extent those rules and procedures: (i) do not proscriptively waive federal law, or (ii) contradict the express terms of this Arbitration Provision or the law of the Tribe, including the limitations on the arbitrator set forth below. The arbitrator is not prevented from considering federal or state defenses to arbitrability, and nothing in this Agreement and and/or the Arbitration Provision of this Agreement should be read as displacing federal arbitration law or act as prospective waiver of federal law. Any ambiguity in the choice-of-law provision in this Agreement and Arbitration Provision shall be resolved in favor of arbitration. You may obtain a copy of the rules and procedures by contacting the Arbitration Organization listed above.

You have the right to request that arbitration take place within thirty (30) miles of your residence or some other mutually agreed upon location, provided, however, that such election to enter into binding arbitration occur somewhere other than on Tribal land shall in no way be construed as a waiver of sovereign immunity or allow for the application of any other law other than the laws of the Tribe and applicable federal law, and federal and state law defenses to the extent such defenses applies to the question of arbitrability of a dispute in accordance with the terms of this Agreement.

Regardless of who demands arbitration, we will advance your portion of the arbitration expenses, including the filing, administrative, hearing, and arbitrator's fees ("Arbitration Fees") at your request. Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees, if any. The arbitrator shall apply applicable substantive Tribal law consistent with the Federal Arbitration Act (FAA), and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. If allowed by statute or applicable law, the arbitrator may award statutory damages and/or reasonable attorneys' fees and expenses. If the arbitrator renders a decision or an award in your favor resolving the dispute, then you will not be responsible for reimbursing us for your portion of the Arbitration Fees, and we will reimburse you for any Arbitration Fees

you have previously paid. If the arbitrator does not render a decision or an award in your favor resolving the dispute, then the arbitrator shall require you to reimburse us for the Arbitration Fees that we have advanced less any Arbitration Fees you have previously paid. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award is binding and not appealable.

All parties, including related third parties, shall retain the right to enforce an arbitration award before the applicable governing body of the Menominee Tribe of Wisconsin ("Tribal Forum") or a United States Federal District Court. Both you and we expressly consent to the jurisdiction of the Tribal government or a United States Federal District Court for the sole and limited purposes, and only for the sole and limited purposes, of enforcing the arbitration award as necessary.

This Arbitration Provision is made pursuant to a transaction involving both interstate commerce and Indian commerce under the United States Constitution and other federal and tribal laws. Thus, any arbitration shall be governed by the FAA, federal law inclusive of federal statutory rights and remedies, and subject to the laws of the Menominee Tribe of Wisconsin. If a final non-appealable judgment of a court having jurisdiction over this transaction and the parties finds, for any reason, that the FAA does not apply to this transaction, then our agreement to arbitrate shall be governed by the laws of the Menominee Tribe of Wisconsin and federal law.

You have the right to request that arbitration take place within thirty (30) miles of your residence or some other mutually agreed upon location, provided, however, that such election to have binding arbitration occur somewhere other than on Tribal land shall in no way be construed as a waiver of sovereign immunity or allow for the application of any other law other than the laws of the Menominee Tribe of Wisconsin and federal law, and federal and state defenses to the extent it applies to arbitrability of a dispute.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Arbitration Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Arbitration Provision is held invalid, the remainder shall remain in effect to the greatest extent permissible under applicable law.

### HOW TO REJECT THIS ARBITRATION PROVISION

YOU MAY REJECT THIS ARBITRATION PROVISION BY CONTACTING US USING ELECTRONIC COMMUNICATIONS, CALLING US, OR WRITING TO US, AND STATING THE FOLLOWING: (i) your name; (ii)the email address associated with your account; (iii) the address associated with your account; and (iv) that you are exercising your right to reject this arbitration provision **(a "rejection notice"). YOUR REJECTION NOTICE MUST BE RECEIVED WITHIN 30 DAYS AFTER THE YOU SIGN THIS AGREEMENT.** If your rejection notice complies with these requirements, this arbitration provision will not apply to you, except for any claims subject to pending litigation or arbitration at the time you send your rejection notice. Any rejection notice that complies with this provision will apply to both us and our affiliates. Rejection of the arbitration will not affect your other rights or responsibilities under this Arbitration Provision or this Agreement.

### IF YOU REJECT THIS ARBITRATION PROVISION

If you reject this Arbitration Provision, you agree that any and all disputes arising hereunder shall be resolved pursuant to the tribal dispute resolution procedure under the Menominee Tribal Consumer Financial Services Regulation (the "Tribal Dispute Resolution Procedure"). Instructions on how to have your dispute resolved in this manner are available here: http://www.westsidelend.com/resolving-consumer-disputes. YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY STATE COURT. YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY FEDERAL COURT UNLESS AND UNTIL YOU HAVE EXHAUSTED PROCEEDINGS UNDER THIS SECTION BY ALLOWING A FULL RECORD TO BE DEVELOPED IN THE TRIBAL COURT PURSUANT TO THE MENOMINEE TRIBAL CONSUMER FINANCIAL SERVICES REGULATION.

---

**ARBITRATION PROVISION AUTHORIZATION**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS ARBITRATION PROVISION AND AGREEING TO ALL THE TERMS OF THIS ARBITRATION PROVISION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

I <u>JOSHUA KALKBRENNER</u> agree to this Arbitration Provision.

**JOSHUA KALKBRENNER**

**DATE:** 2021-07-15 09:19:58 EDT



## CONSENTS TO CERTAIN COMMUNICATIONS

### CONSENT TO ELECTRONIC COMMUNICATIONS

The following terms and conditions govern electronic communications in connection with this Agreement and the transaction evidenced hereby (this "Consent"). By electronically signing this Agreement you are confirming that you have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You further agree that:

Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by sending it to you by e-mail as permitted by applicable law.

We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so

You may obtain a copy of any Communication by contacting us at www.westsidelend.com, writing to us at support@westsidelend.com, or by calling us at 888-217-7531. You will not be charged a fee for such copy. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate this Agreement and demand payment of the amount then due by the date of your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.

You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.

In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

### CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES

**CONSENT TO TELEPHONE CALLS AND TEXT MESSAGES.** By electronically signing this Agreement by clicking the "I AGREE" button and entering your name below, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us,

our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 888-217-7531 or emailing us at support@westsidelend.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 888-217-7531 or emailing us at support@westsidelend.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that We make available to You, You must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on Your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 888-217-7531.

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings

You agree that We may send any Operational Text Messages related to Your loan through Your communication service provider in order to deliver them to You and that Your communication service provider is acting as Your agent in this capacity. You agree to indemnify, defend and hold Us harmless from and against all claims, losses, liability, cost, and expenses (including reasonable attorneys' fees) arising from Your provision of a mobile phone number that is not Your own or Your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for Your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us. We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

---

### CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

Signing this section will be deemed to be your signature acknowledging your consent to receive Advertising and Telemarketing Text Messages and telephone calls as described above to your mobile phone at 888-217-7531.

You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 888-217-7531 or emailing us at support@westsidelend.com .

You understand that: any Text Messages We send You may be accessed by anyone with access to Your Text Messages; and Your mobile phone service provider may charge You fees for Text Messages that We send You, and You agree that We shall have no liability for the cost of any Text Messages.

**JOSHUA KALKBRENNER**

**DATE:** 2021-07-15 09:20:01 EDT



---

## COVERED BORROWER IDENTIFICATION STATEMENT

We provide important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to select and electronically sign this statement if applicable:

**I AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer (or a dependent of such a member).**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS COVERED BORROWER IDENTIFICATION STATEMENT.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

I <u>JOSHUA KALKBRENNER</u> agree to this Covered Borrower Identification Provision.

**JOSHUA KALKBRENNER**

**DATE:** 2021-07-15 09:20:04 EDT



---

## SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

**BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:**

    **ACH CREDIT DISBURSEMENT AUTHORIZATION**

    **PAYMENT AUTHORIZATION UPON DEFAULT**

    **ARBITRATION PROVISION AUTHORIZATION**

    **THE CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES**

    **THE COVERED BORROWER IDENTIFICATION STATEMENT**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

**JOSHUA KALKBRENNER**

**DATE:** 2021-07-15 09:21:06 EDT



**ERROR RESOLUTION NOTICE:** In the event (i) you have a question about an electronic transfer or if (ii) you find an error, you must telephone us at 888-217-7531, email us at support@westsidelend.com, or contact us by mail at Po Box 687, Keshena WI 54135. We must hear from you no later than sixty (60) days after the FIRST debit or credit that is the basis of the problem or error. (1) Tell us your name and account number (if any); (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected

error. If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not credit your account. For errors involving new accounts, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your account for the amount you think is in error. We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**PRIVACY POLICY**

Rev. November 2017

| FACTS | WHAT DOES West Side Lending, LLC DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share Your personal information. Consumers have the right to limit some but not all sharing. This notice tells You how We collect, share, and protect Your personal information. Please read this notice carefully to understand what We do. |
| What? | The types of personal information We collect and share depend on the product or service You have with Us. This information can include: <br>*Social Security number and checking account information <br>*Payment history and income <br>*Employment information and wire transfer instructions |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, We list the reasons financial companies can share their customers personal information; the reason West Side Lending, LLC chooses to share; and whether You can limit this sharing. |

| Reasons we can share your personal information | Does West Side Lending, LLC share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | YES | NO |
| For our marketing purposes to offer our products and services to You | YES | NO |
| For joint marketing with other financial companies | YES | NO |
| For our affiliates' everyday business purposes-information about your transactions and experiences | YES | NO |
| For our affiliates' everyday business purposes-information about your creditworthiness | YES | YES |
| For our affiliates to market to you | YES | YES |
| For non-affiliates to market to you | YES | YES |

|  | *Call 888-217-7531 and our menu will prompt You through Your choices or |
|---|---|

| To limit our sharing | *Visit Us on the web at www.westsidelend.com<br>*Contact Us via email at support@westsidelend.com<br>Please note:<br>If You are a new customer, We can begin sharing Your information 30 days from the date We sent this notice. When You are no longer our customer, We can share Your information as described in this notice. However, You can contact Us at any time to limit our sharing. |
|---|---|
| Questions? | Call 888-217-7531 or go to www.westsidelend.com |

| Who we are: | |
|---|---|
| Who is providing this notice? | West Side Lending, LLC, a business entity of the Menominee Tribe of Wisconsin |

| What we do: | |
|---|---|
| How does West Side Lending, LLC protect my personal information? | To protect Your personal information from unauthorized access and use, We use security measures. These measures include computer safeguards and secured files and buildings. |
| How does West Side Lending, LLC collect my personal information? | We collect Your personal information, for example, when You<br>*Apply for a loan<br>*Give Us Your income information<br>*Tell Us where to send the money<br>*Provide account information<br>*Provide employment information<br>We also collect Your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br>*sharing for affiliates' everyday business purposes - information about Your creditworthiness<br>*affiliates from using Your information to market to You<br>*sharing for non-affiliates to market to You |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions: | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>*Our affiliates include other business entities of the Tribe. |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to You.<br>West Side Lending, LLC, does not jointly market. |

**<u>EXHIBIT C</u>**

< https://www.westsidelend.com>

These terms of use ("Terms of Use") are provided on behalf of **West Side Lending** and its affiliates ("we", "us", "our"). By using **www.westsidelend.com**, including any pages thereof (the "Site"), you acknowledge that you have read, understand and agree to be bound by these Terms of Use, regardless of whether you are a registered user of our products or services (each a "Service" collectively, referred to as "Services"). If you do not wish to be bound by these Terms of Use, you should not access or use the Site or Services. If there is any inconsistency between these Terms of Use and another agreement you enter into that is applicable to Service offered on the Site then the other agreement will take precedence as it applies to the Service.

## Changes to These Terms of Use

We reserve the right, in our sole discretion, to modify these Terms of Use at any time. Changes to these Terms of Use will become effective immediately upon the posting thereof. Please review these Terms of Use often to keep yourself apprised of any changes. Your continued use of the Site following the posting of changes will constitute your acceptance of the revised Terms of Use.

## Eligibility

This Site is intended solely for users who are 21 years of age or older, and any registration or use of the Site by anyone under 21 is unauthorized and in violation of these Terms of Use. By using the Site, you represent you are 21 or older and that you agree to and to abide by all of the terms and conditions of these Terms of Use. If you violate any of these Terms of Use, or violate any other agreement with us, we may terminate your registration and/or prohibit you from using or accessing our Services or the Site.

Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/25/22 Page 39 of 93 PageID #:60

< https://www.westsidelend.com>

for a loan, you agree to provide current, complete, and accurate information about yourself. If any information you provide is untrue, inaccurate, not current, or incomplete, we have the right to reject or cancel your account registration, reject any application you have submitted, terminate any agreement we have with you, and restrict your future use of the Site and our Services. We reserve the right to decline any application for a loan.

## Your Account

To access our Services, you will be required to register and create an account on the Site. You may not disclose your user name or password to any third party. If you learn of any unauthorized use of your password or account, please contact us immediately. You may be required to login in order to use certain parts of the Site.

## Your Content and Information Sharing

By providing information or content on the Site, you expressly agree to all of the following: You grant us a non-exclusive, transferable, sub-licensable, royalty-free, world-wide license to use any information or content that you provide in connection with your use of the Site and our Services, subject to the privacy provisions described in our Privacy Policy. We have the right to review, delete, edit, modify, reformat, excerpt, or translate any of your information or content. You are solely responsible for the content and information you make available through or in connection with our Services.

All the information and content posted on the Site or privately transmitted through the Site or via other means in connection with our Services is the sole responsibility of the person from which that content originated. We will not be responsible for any errors or omission in any information or content posted by a user.

We will not share or sell any of your information with any third party, except as specifically described in our **Privacy Policy**, which is incorporated by reference into these Terms of Use.

< https://www.westsidelend.com>

following:

- register for more than one account, or register for an account on behalf of an individual other than yourself or on behalf of any group or entity;
- post or otherwise make available content, or take any action on the Site, that may constitute libel or slander or that infringes or violates someone else's rights or is protected by any copyright or trademark, or otherwise violates the law;
- post or otherwise make available content that in our judgment is objectionable, such as content that is harmful, threatening, inflammatory, obscene, fraudulent, invasive of privacy or publicity rights, hateful, or otherwise objectionable, or which restricts or inhibits any other person from using or enjoying the Site, or which may expose us or our users to any harm or liability of any type;
- post or otherwise make available any unsolicited or unauthorized advertising, solicitations, promotional materials, or any other form of solicitation;
- use the information or content on our Site to send unwanted messages to any other user;
- impersonate any person or entity, or falsely state or otherwise misrepresent yourself, your age or your affiliation with any person or entity;
- post or otherwise make publicly available on the Site any personal or financial information of any third party;
- solicit personal information from anyone under 21 or solicit passwords or personally identifying information for commercial or unlawful purposes;
- use the Site or our Services in any manner that could damage, disable, overburden or impair the Site;
- harvest or collect email addresses or other contact information of our users from the Site by electronic or other means, including via the use automated scripts; or

Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/25/22 Page 41 of 93 PageID #:62

< https://www.westsidelend.com >

hardware or telecommunications equipment.

## Intellectual Property Proprietary Rights; Copyrights; Trademarks

All software, design, text, information, data, databases, images, photographs, illustrations, audio clips, video clips, artwork, graphic material, or other copyrightable elements (collectively, "Content"), other than User Content (as defined above), are the property of **West Side Lending** and/or its subsidiaries, affiliates, assigns, licensors, vendors, partners or other respective owners and are protected, without limitation, pursuant to copyright laws. No Content (other than your own User Content) may be reproduced, modified, used to create derivative works, displayed, performed, published, distributed, disseminated, broadcast or circulated to any third party without our express prior written consent.

"**West Side Lending**" and all related logos (collectively, "the Trademarks") constitute our trademarks or service marks. Other company, product, and service names and logos used and displayed on this Site may be trademarks or service marks owned by us or others. You may not use, copy, display, distribute, modify or reproduce any of the trademarks found on the Site unless in accordance with written authorization by us. The use of any of the Trademarks as part of a link to or from any site is prohibited unless we provide advance written approval. In addition, all page headers, custom graphics, button icons, and scripts are our service marks, trademarks, and/or trade dress. You may not copy, imitate, or use them without our prior written consent. Any questions concerning any Trademarks, or whether any mark or logo is a Trademark, should be referred to us.

All right, title and interest in and to the Website, any content thereon, our products and services, the technology related to our products and services, and any and all technology and any content created or derived from any of the foregoing is our or our licensors' exclusive property.

< https://www.westsidelend.com >

**support@westsidelend.com**. In your notification please:

- confirm you are the owner, or authorized to act on behalf of the owner, of the copyrighted work that has been infringed;
- identify the copyrighted work or works you claim has been infringed;
- identify the material that you claim is infringing or is the subject of infringing activity and that is to be removed; please include information reasonably sufficient to permit us to locate the material;
- provide your contact details, including an email address; and
- provide a statement that the information you have provided is accurate and that you have a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent or the law.

## Links to Third Party Websites

We are not responsible for the information practices employed by sites linked to or from our web site. In most cases, links to third-party web sites are provided solely as pointers to information on topics that may be useful to our users. Since third-party web sites may have different privacy policies and/or security standards governing their sites, we advise you to review the privacy policies and terms and conditions of these sites prior to providing any personal information.

## Use of Personally Identifiable Information

Our practices and policies with respect to the collection and use of personally identifiable information are governed by our **Privacy Policy.**

## No Warranty; Errors; Disclaimers

The Site and our products and services are provided "as is" and without any representation or warranty, whether express, implied or statutory. Any estimates or examples that we provide on the Site may be different than actual amounts. You agree that we may promptly correct any error that we discover, including any error in calculating your loan rates. If the error

< https://www.westsidelend.com>

ALTHOUGH WE WILL USE REASONABLE EFFORTS TO PROVIDE AN
ACCURATE SITE/SERVICES, ALL ASPECTS THEREOF ARE PROVIDED "AS
IS", "WITH ALL FAULTS", AND "AS AVAILABLE". WE AND OUR OFFICERS,
DIRECTORS, EMPLOYEES AND THIRD PARTY SUPPLIERS (COLLECTIVELY,
THE "PARTIES") DISCLAIM ANY AND ALL REPRESENTATIONS,
WARRANTIES OR GUARANTEES OF ANY KIND, WHETHER EXPRESS,
IMPLIED OR STATUTORY, THE SITE, SERVICES, ANY DOCUMENTATION
PROVIDED OR MADE AVAILABLE TO YOU, AND ANY OTHER PRODUCTS
AND RELATED MATERIALS AND/OR SERVICES PROVIDED TO YOU BY ANY
OF THE PARTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES:
(I) AS TO TITLE, MERCHANTABILITY, FITNESS FOR ORDINARY PURPOSES,
FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM
INTEGRATION, AND WORKMANLIKE EFFORT; (II) THE QUALITY,
ACCURACY, TIMELINESS OR COMPLETENESS OF THE SITE OR SERVICES
OR ANY ASPECT THEREOF; (III) THOSE ARISING THROUGH COURSE OF
DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE; (IV) THE
SITE OR SERVICES CONFORMING TO ANY FUNCTION, DEMONSTRATION
OR PROMISE BY ANY PARTY; AND (V) THAT ACCESS TO OR USE OF THE
SITE AND/OR SERVICE WILL BE UNINTERRUPTED, ERROR-FREE OR
COMPLETELY SECURE. ANY RELIANCE UPON THE SITE AND/OR
SERVICES IS AT YOUR OWN RISK AND THE PARTIES MAKE NO
WARRANTIES. THESE DISCLAIMERS ARE INDEPENDENT OF ANY OTHER
TERM IN THESE TERMS OF USE.

## Limitation of Liability

You agree that all access and use of the Site and its contents and your use
of the Services is at your own risk. Neither we, nor any third party involved
in creating, producing or delivering the Site and/or Services, has or will have
any responsibility for any consequences relating, directly or indirectly, to any
action or inaction that you may take based on the Site and/or Services, or
any aspect thereof.

< https://www.westsidelend.com>

IN THE INFORMATION CONTAINED IN THE SITE/SERVICES. UNDER NO
CIRCUMSTANCES WILL ANY OF THE PARTIES BE HELD LIABLE FOR ANY
INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY,
PUNITIVE OR ANY OTHER DAMAGES, INCLUDING, BUT NOT LIMITED TO,
LOST PROFITS, ARISING OUT OF, BASED ON, RESULTING FROM, OR IN
CONNECTION WITH THE SITE/SERVICE OR PRODUCT, THESE TERMS OF
USE, OR YOUR USE OR INABILITY TO USE ANY OF THE FOREGOING, EVEN
IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

ALL OF THESE LIMITATIONS APPLY REGARDLESS OF THE CAUSE OR
FORM OF ACTION, WHETHER THE DAMAGES ARE CLAIMED UNDER THE
TERMS OF A CONTRACT, TORT OR OTHERWISE, AND EVEN IF WE OR OUR
REPRESENTATIVES HAVE BEEN NEGLIGENT OR HAVE BEEN ADVISED OF
THE POSSIBILITY OF SUCH DAMAGES.

## Indemnity

You agree to indemnify, defend and hold us harmless from and against any
and all third party actions, suits, claims and/or demands and any associated
losses, expenses, damages, costs and other liabilities (including reasonable
attorneys' fees), arising out of or relating to your (and your users') submitted
content, use or misuse of any aspect of the Services or Site, or your violation
of these Terms of Use. You will cooperate as fully as reasonably required in
the defense of any such claim or demand. We and any third party involved in
creating, producing or delivering the Site/Services reserves the right to
assume the exclusive defense and control of any matter otherwise subject to
indemnification by you, at your expense, and you will not in any event settle
any such matter without our prior written consent and any such third party.

## Miscellaneous

These Terms and Conditions shall be governed in all respects by the laws of
Menominee Tribe.

< https://www.westsidelend.com/>

aspect hereunder, in whole or in part, without our prior written consent.

## Severability

If any provision of this Terms and Conditions is found to be invalid or unenforceable, the remaining provisions shall be enforced to the fullest extent possible, and the remaining provisions of the Agreement shall remain in full force and effect.

## Question

Please contact us at **1-888-217-7531** with any questions regarding these Terms of Use.

# See what you're approved for today

| Apply Now | < https://www.westsidelend.com/west-side-lending-form/> |

< https://www.westsidelend.com >

We verify applicant and credit information through national databases including, but not limited to, Clarity, Factor Trust, and Microbilt.

Loan Applications approved and processed by 12:30pm EST of any business day will be funded the same day; Loan Applications approved and processed after 12:30pm EST will be funded by the next business day. Unavoidable delays that occur as a result of bank holidays, the processing schedule of your particular bank, inadvertent processing errors, "acts of God," and/or "acts of terror" may extend the time for the deposit and may cause a change in the Disbursement Date as disclosed herein.

West Side Lending LLC is an economic arm and instrumentality of the Menominee Tribe of Wisconsin, a federally recognized sovereign Indian nation (the "Tribe") that adheres to federal consumer finance laws and operates within the boundaries of the Tribe's reservation. West Side Lending LLC is chartered under and operates pursuant to Tribal Law. Funds borrowed from West Side Lending LLC are governed by federal law and the laws of the Tribe, not the law of the state where you reside. Nothing in this communication should be construed as a waiver of sovereign immunity, which is expressly reserved.

Please note: This is an expensive form of credit. West Side Lending's loans are designed to assist you in meeting your short-term borrowing needs and are not intended as a long-term credit or financial solution. Examples of unexpected emergencies for which this credit might be used are car repair bills, medical care, or essential travel expenses. Appropriate alternatives to West Side Lending's credit product are cash advances, personal loans, home equity lines of credit, existing savings, or borrowing from a friend or relative, as such alternatives may be less expensive and a better fit for your financial needs.

The Annual Percentage Rate ("APR") as applied to your loan will range from 630%-780% depending on your payment schedule, pay frequency, loan term, and the amount of your loan. Non- payment may result in additional fees and collection activities as described in your loan agreement and as allowed by Tribal and applicable federal law.

Credit products obtained through this website are not available to residents of all states and state availability may change from time to time without notice. Currently, residents of Arkansas, Connecticut, Georgia, Maine, Maryland, Massachusetts, Minnesota, New Jersey, New York,

< https://www.westsidelend.com/>

---

**About Us**

**Who Are We < https://www.westsidelend.com/?page_id=35>**

**Loan FAQ < https://www.westsidelend.com/?page_id=204>**

**Lending Best Practices < https://www.westsidelend.com/?page_id=42>**

**Lending Licenses < https://www.westsidelend.com/?page_id=26>**

**Opt Out < https://www.westsidelend.com/?page_id=733>**

**Policies**

**Rates < https://www.westsidelend.com/?page_id=38>**

**Terms of Use < https://www.westsidelend.com/?page_id=54>**

**Privacy Policy < https://www.westsidelend.com/?page_id=41>**

**Contact Us < https://www.westsidelend.com/?page_id=133>**

**Customer Support**

**support@westsidelend.com**

PO Box 687 Keshena, WI 54135

Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/25/22 Page 48 of 93 PageID #:69

< https://www.westsidelend.com >



West Side Lending

West Side Lending supports efforts to combat fraud in the lending industry. If you believe
you have been a victim of fraud, please contact your local law enforcement authority and the
Online Lenders Alliance Consumer Hotline at 866-299-7585.

Copyright © West Side Lending 2020. All Rights Reserved.

**Excellent**

**<u>EXHIBIT D</u>**

```
Domain Name: WESTSIDELEND.COM
    Registry Domain ID: 2515788964_DOMAIN_COM-VRSN
    Registrar WHOIS Server: whois.namecheap.com
    Registrar URL: http://www.namecheap.com
    Updated Date: 2021-03-18T06:25:36Z
    Creation Date: 2020-04-17T18:11:17Z
    Registry Expiry Date: 2022-04-17T18:11:17Z
    Registrar: NameCheap, Inc.
    Registrar IANA ID: 1068
    Registrar Abuse Contact Email: abuse@namecheap.com
    Registrar Abuse Contact Phone: +1.6613102107
    Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
    Name Server: NS-116.AWSDNS-14.COM
    Name Server: NS-1396.AWSDNS-46.ORG
    Name Server: NS-2020.AWSDNS-60.CO.UK
    Name Server: NS-553.AWSDNS-05.NET
    DNSSEC: unsigned
    URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-12-11T08:31:44Z <<<
```

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

```
Domain name: westsidelend.com
Registry Domain ID: 2515788964_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-03-18T06:25:36.39Z
Creation Date: 2020-04-17T18:11:17.00Z
Registrar Registration Expiration Date: 2022-04-17T18:11:17.00Z
Registrar: NAMECHEAP INC
```

Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 77b95494b8984807bf9183bfbe43e2c7.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 77b95494b8984807bf9183bfbe43e2c7.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 77b95494b8984807bf9183bfbe43e2c7.protect@withheldforprivacy.com
Name Server: ns-553.awsdns-05.net
Name Server: ns-116.awsdns-14.com
Name Server: ns-1396.awsdns-46.org
Name Server: ns-2020.awsdns-60.co.uk
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-12-11T02:22:27.04Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

View less information

**<u>EXHIBIT E</u>**



| Jennifer Peters, MBA |





# Jennifer Peters, MBA

**General Manager at Wolf River Development Company**

Shawano, Wisconsin, United States · 135 connections

Join to Connect

 **Wolf River Development Company**

 **University of Phoenix**

---

## About

Currently the General Manager of the Wolf River Development Company. It is my job to investigate, review, consider,pursue and conduct any non-gaming activity for the Menominee Indian Tribe.

I am confident, composed, unselfish, dedicated, and a result driven leader.

I've worked hard at each position I've held and made it a point to learn every aspect of each department. I've proven I can handle whatever is thrown at me, and with my hard work and dedication, I've been recruited and promoted in the last four leadership positions I've held.

## Activity

Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/25/22 Page 54 of 93 PageID #:75



| Jennifer Peters, MBA |
|---|



## in most cases being a good boss means hiring talented

A manager's job is to provide guidance and support. It's facilitating a healthy environment where employees can perform at their best. Micromanaging...

Liked by Jennifer Peters, MBA

Why Managers should care about Employee Loyalty.
#Leadership #Management #HumanResources #BrigetteHyacinth

Liked by Jennifer Peters, MBA

Leadership and inspiration are inseparable; you cannot expect great performances from your team if they are not inspired. Check out more...

Liked by Jennifer Peters, MBA

Join now to see all activity



Jennifer Peters, MBA



### General Manager
Wolf River Development Company

May 2018 - Present · 3 years 8 months

Keshena, WI

Manage and control WRDC operations, aggressively investigate, review, consider, pursue, and conduct and non-gaming commercial activity to generate profit, promote, support and foster the establishment of privately owned businesses on the Menominee India Reservation, Budget Management for multiple companies

### Child Support Manager
Menominee Indian Tribe of WI

Aug 2016 - May 2018 · 1 year 10 months

keshena, WI

Budget Development and management, update/revise policies, procedures, and assist/provide recommendations to tribal code, provide leadership to Child Support staff, Analysis of data such as collections and disbursements,

### Corporate Secretary
Menominee Tribal Enterprises

Apr 2016 - Aug 2016 · 5 months

Neopit, WI

Prepare and Distribute notices for upcoming meetings, prepare meeting packets, take thorough minutes for board meetings, transcribing, Board of Directors by-laws and sub-committee responsibilities, coordinate meetings/events, preform research and any special projects for the president/BOD, Coordinate elections committee for annual meeting and conduct annual elections

### Menominee Casino Resort
2 years 6 months

### Guest Service Manager
Jan 2015 - Mar 2016 · 1 year 3 months

Keshena, WI



Jennifer Peters, MBA



reports, promotional set-up, set-up ticket sales for special events, provide leadership for Guest Service and Host department, assist in the coordination of all special events, provide excellent guest service to both internal and external guests...

Show more

### Interim Marketing Director
Jul 2015 - Dec 2015 · 6 months

Keshena, WI
budget development, performance reviews, assisted in strategic planning process, develop, revise, and implement policies and procedures, weekly staff meetings, analysis based on informational needs, advertising planning and scheduling, provide leadership to the Marketing department, etc.

### Entertainment & Promotions Coordinator
Oct 2013 - Jan 2015 · 1 year 4 months
Entertainment Supervisor – Lounge Bookings, Meal certificates, Rooms, Payment, Prepare Contracts, etc., Coordinate larger entertainment events, handle casino promotions – informing all casino departments of new promotions, set up and implementation, place all orders for promotional and departmental needs, Write promotions for the Menominee Casino, Complete all contracts and worked tradeshows, sponsored events, etc., In charge of all set-ups for tradeshows, sponsored events, etc, Excellent...

Show more

### Associate Administrator
College of Menominee Nation

Jan 2011 - Oct 2013 · 2 years 10 months

Prepare travel advances, check requests, purchase requisitions, etc. and submit to Finance in a timely manner, Enter all courses in the Empower system, Prepare all course schedule changes and release to the public, Run reports as needed, Mailings for honor students/academic alerts, Recorder for Faculty, Curriculum, & Dean's committee meetings, Chair of the Administrative Efficiency Council

### Administrative Assistant
Menominee Casino Resort



**Jennifer Peters, MBA**



Prepare Contracts, etc., Coordinated 2004 Countryfest, Handled casino promotions – informing all casino departments of new promotions, assisted in set up and implementation, placed all orders for promotional and departmental needs, Completed all contracts and worked tradeshows, sponsored events, etc., In charge of all set-ups for tradeshows, sponsored events, etc, Member of the Menominee Casino promotions...

**Show more**

# Education

### University of Phoenix

Master of Business Administration (M.B.A.) · Business Administration and Management, General

2011 - 2013

Activities and Societies: None

### Silver Lake College

Bachelor of Science (BS) · Business Management

2004 - 2008

Activities and Societies: None

### College of Menominee Nation

Associate of Arts and Sciences (A.A.S.) · Computer Science

2000 - 2004

Activities and Societies: None

# Courses

### Accounting

ACC561

### Applied Business Research & Statistics

QNT561





Jennifer Peters, MBA

**Corporate Finance**
FIN571

**Economics**
ECO561

**Human Capital Management**
HRM531

**Management**
MGT521

**Marketing**
MKT571

**Operations Management**
OPS571

**Organizational Leadership**
LDR531

**Quantitative Reasoning for Business**
QRB501

**Strategic Planning & Implementation**
STR581

## More activity by Jennifer



Jennifer Peters, MBA



entirely different, for example, as illustrated by Lolly Daskal: -A...

Liked by Jennifer Peters, MBA

According to Brian Scudamore, I've learned that strong leaders don't fight to have the first and last word. Instead, they listen to their teams, ask...

Liked by Jennifer Peters, MBA

Exactly why a diverse work team is so great!

Liked by Jennifer Peters, MBA

"We are not a team because we work together. We are a team because we respect, trust and care for each other." A "team" is not just people who work...

Liked by Jennifer Peters, MBA



| Jennifer Peters, MBA |



**If you can't TRUST your Employees to work flexibly, why HIRE them at all? #Leadership #Management #HumanResources #HR**
Liked by Jennifer Peters, MBA

**Great guy to have on our team at Bay Bank! #indiancountry #nativeownedbank**
Liked by Jennifer Peters, MBA



Liked by Jennifer Peters, MBA

**The beauty of leadership lies in the fact that a person does not need a formal title to prove that they are a leader. People follow leaders because...**
Liked by Jennifer Peters, MBA




Jennifer Peters, MBA

**Always find the confidence within to become the very best version of yourself. Check out more...**

Liked by Jennifer Peters, MBA

**A Boss has the title. A leader has the people!**
**#Leadership #Management #HumanResources #HR**

Liked by Jennifer Peters, MBA

**Photo**

Liked by Jennifer Peters, MBA

**Photo**

Liked by Jennifer Peters, MBA

Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/25/22 Page 62 of 93 PageID #:83



| Jennifer Peters, MBA | |



**You cannot grow as a leader unless you embrace new challenges, face your fears, overcome something difficult, or do something you're never done...**

Liked by Jennifer Peters, MBA

**Sometime you need to slow down before you can speed up. Priceless sloth face at the end!**

Liked by Jennifer Peters, MBA

## View Jennifer's full profile

See who you know in common

Get introduced

Contact Jennifer directly

Join to view full profile

## People also viewed



**Ewell J Fossum**
Qualifying Party at Fossum Electric
Mescalero, NM



**Ajjahh Lindsay**
Front desk agent
El Cajon, CA





> **in** Jennifer Peters, MBA

Lincoln, NE


**Shane P. Thin Elk**
Legal Consultant, Mediator and Indigenous/DEI Consultant
Greater Minneapolis-St. Paul Area


**Robert Schuman (PD Comm.)**
Executive Facility Administrator at Lake of the Torches Resort Casino
Lac du Flambeau, WI


**Marcella Schwartz**
Manager at Diamond Jo Dubuque
Las Vegas Metropolitan Area


**Michelle Green**
General Manager at Motel 6
Salina, KS


**Loretta LoMastro**
Assistant Security Director at Ho-Chunk Gaming - WD & Co-Owner / Operator at Joint Effects Therapeutic Massage
Baraboo, WI


**diane proeber**
owner
Wisconsin Dells, WI

**Crystal Miller**
Human Resources Project Administrator at Grand Victoria Casino
Rising Sun, IN

Show more profiles

# Others named **Jennifer Peters, MBA**

**Jennifer Peters, MSEd, MBA**
Career Counselor | Consultant | Author | Professor
New York City Metropolitan Area

**Jennifer Peters, MBA**
Mayo Clinic | Clinical Specialty Representative | Division of Neurology
East Greenwich, RI




| Jennifer Peters, MBA |
|---|

**Jennifer Peters, MBA**

Driver of outcomes, goals, and strategy

Nashville Metropolitan Area

7 others named Jennifer Peters, MBA are on LinkedIn

See others named **Jennifer Peters, MBA**

## Add new skills with these courses

**Economics for Everyone: Understanding a Recession**

**Economic Tips for Everyone**

**Recession-Proof Career Strategies**

See all courses

## Jennifer's public profile badge

Include this LinkedIn profile on other websites

**Jennifer Peters, MBA**
General Manager at Wolf River Development Company

General Manager at Wolf River Development Company

University of Phoenix

View profile

View profile badges

Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/25/22 Page 65 of 93 PageID #:86

 Jennifer Peters, MBA                                                                 

Privacy Policy                          Cookie Policy

Copyright Policy                        Brand Policy

Guest Controls                          Community Guidelines

Language

**<u>EXHIBIT F</u>**

Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/25/22 Page 67 of 93 PageID #:88

# Wolf River Development Company

## OUR COMPANIES



### Standing Pines Convenience Store

Built in 2021, Standing Pines owns and operates the Menominee Reservation's most prestigious gas station and convenience store.



### Primal Wood Products

Started in 2020, Primal Wood Products offers firewood to Menominee Elders. Primal Woods offers fire wood for purchase.



### Save A Lot

Starting operations in the early 2010's, Save A Lot provides the Menominee Reservation's best and only grocery store.




### M.I.E.D.A.



### Four Directions Lending

Low dollar, fast, installment loans



### Five Clans Lending

Low dollar, fast, installment Loans

One of the first chartered
businesses of the Menominee, a
corporate rental property
business



# Contact us

**WRDC Lending Offices**

W2818 Warrington Rd Keshena WI

**(715)-802-4449**

**administration@wolfriverdev.com**



Case: 1:22-cv-00420 Document #: 1-2 Filed: 01/26/22 Page 70 of 93 PageID #:91



# Contact us

**WRDC Headquarters**

W2530 Tribal Office Loop Rd, Keshena, WI
54135

**(715)-802-4449**

**administration@wolfriverdev.com**

**<u>EXHIBIT G</u>**

Skip Navigation



State of Wisconsin Department of Financial Institutions

*Strengthening Wisconsin's Financial Future*

DANIEL A EDELMAN
Saturday, December 11, 2021

\* - Required Field

# UCC Quick Search

Instructions (/Home/InstructionFile?filingtypeid=5)

🔍 Debtor Quick Search    ⧖ Search Results

## UCC Quick Search Result
Through Date: 12/09/2021    Debtor Name: west side lending    City:

| File Number | Lien Type | Debtor Name | Debtor City and State | Secured Party Name | Filing Date | Lapse Date | Status | To Fi |
|---|---|---|---|---|---|---|---|---|
| 20201019000162-2 | UCC Lien | WEST SIDE LENDING LLC | KESHENA Wisconsin | NEW PLATFORM FUND, LLC | 10/16/2020 | 10/16/2025 | Active | N |

**Page 1 of 1**

📄 (QuickSearchResultExport?h

◀       ▶

Request Copies      Back

Copyright 2021 State of Wisconsin

1616917-2

Wisconsin Department of Financial Institutions - Uniform
Commercial Code

**Filing Number: 20201019000162-2**

Filing Date and Time: 10/16/2020 12:00 PM

Total Number of Pages: 2

*(This document was filed electronically.)*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)                    458028 001

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

S2H

Corporation Service Company
301 S. Bedford St. Suite 1
Madison, WI 53703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WEST SIDE LENDING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| N/A | N/A | N/A | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| W2818 Warrington Road, P.O. Box 460 | Keshena | WI | 54135 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| N/A | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| N/A | N/A | N/A | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NEW PLATFORM FUND, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| N/A | N/A | N/A | | N/A |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| W2818 Warrington Road P.O. Box 1017 | Keshena | WI | 54135 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
**See attached Exhibit A, which is incorporated by reference.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box                        6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility   ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)                    International Association of Commercial Administrators (IACA)

Wisconsin Department of Financial Institutions        Page 2 of 2        Filing # 20201019000162-2        Filed - 10/16/2020 12:00 PM

Exhibit A to UCC-1

4. COLLATERAL: This financing statement covers the following collateral:

    (a)    All of Debtor's revenues.

    (b)    All accounts, chattel paper, contract rights, documents, general intangibles, goods, instruments, including, but not limited to, notes and all documentation related thereto, and inventory of the Debtor or any part thereof and whether now or hereafter acquired.

    (c)    All general intangibles of the Debtor, including, but not limited to, partnership revenue, debtor repayments, tax refunds, intellectual property including all patents and applications for patents, copyrights, trademarks, trade secrets, goodwill, trade names, permits and franchises, customer lists, customer data, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, whether now or hereafter acquired.

    (d)    All products and cash and noncash proceeds (including without limitation money and rights to the payment of money) of the foregoing. Proceeds includes anything acquired upon the sale, lease, license, exchange, or other disposition of the Collateral, any rights and claims arising from the Collateral and any collections and distributions on account of the Collateral.

    (e)    All documentation, books and records pertaining to the Collateral described in Subsections (a) through (d) above.

    (f)    All amounts on deposit from time to time in any Debtor accounts, including but not limited to all amounts on deposit from time to time in the Deposit Account (as this term is defined in and established by the Debtor pursuant to the Credit Agreement) and all of the books and records pertaining to all such deposits and the Deposit Account.

**<u>EXHIBIT H</u>**



# Portfolio Support Agent

## Four Directions Lending LLC

| Second Posting – Open to the general public. | | |
|---|---|---|
| Closing Date: August 18, 2021 | Minimum Pay Rate: $12.00 | |
| Grade: 5 Non-Exempt | Status: Floater/Part-Time | Created: 11/21/2019 |

### General Overview of Job:

Under the general supervision of the Operations Supervisor, the purpose of the position is to provide support services to our portfolios by reviewing loan applications/placing and/or receiving customer calls. The contact support role is a fast-paced, high volume and essential to the overall service we provide to our portfolios.

### Essential Functions:

- Receive inbound applications and/or place outbound calls to applicants and customers
- Review and verify customer account information
- Interact with customers to establish and maintain high quality customer service
- Assist customers with inquiries, concerns, and request regarding accounts/loans
- Develop and communicate efforts to recover capital asset on default accounts
- Meet quality assurance, compliance, and other performance metrics
- Meeting minimum performance and attendance expectations/quotas
- Perform related duties as directed

### Minimum Qualifications:

High school diploma, G.E.D or equivalent required. One (1) year experience in customer service required; experience in a call center or equivalent role preferred. MS Windows and Office 2016 or higher preferred.



**WOLF RIVER**
DEVELOPMENT COMPANY

## Special Requirements:

Candidate selected for hire must pass a drug test and employment will be contingent based on the results of said test.
Strong dependability and work ethic
Superior written and verbal communication skills
Effective time-management and organization skills
Ability to operate calmly in a fast-paced environment
Ability to work well under pressure
Ability to navigate multiple desktop/web applications
Ability to work and collaborate in a team environment
Acute attention to detail

## Performance Aptitudes:

**Data Utilization:** Requires the ability to perform basic level of data analysis including the ability to review, classify, categorize, prioritize, and/or reference data, statues, and or/guidelines and/or group, rank, investigate and diagnose. Requires discretion in determining and referencing such to established standards to recognize interactive effects and relationships.

**Human Interaction:** Requires the ability to exchange information for the purpose of obtaining information or clarifying details. Explains, demonstrates, shows, helps and orients within well-established policies and standards.

**Equipment. Machinery, Tools, and Materials Utilization:** Requires the ability to operate, maneuver and/or provide simple but continuous adjustment on equipment, machinery, tools and/or materials used in performing essential functions.

**Verbal Aptitude:** Requires the ability to utilize a wide variety of reference and descriptive data and information.

**Mathematical Aptitude:** Requires the ability to perform addition, subtraction, multiplication, and division.

**Functional Reasoning:** Requires the ability to carry out instructions furnished in written, oral, or diagrammatic form. Involves semi-routine standardized work with some latitude for independent judgement concerning choices of action.

**Situational Reasoning:** Requires applying judgement, decisiveness, and creativity in dealing with situations involving the evaluation of information against measurable criteria.



**Behavior Expectations:**

Must be able to work in a properly collegial relationship with co-workers. Must be able to interact with other departments in a spirit of compromise. Must be able to take on additional responsibilities in a spirit of cooperation and teamwork. Must be able to maintain an atmosphere of trust, fairness, and respect and be mutually supportive with co-workers. Must be able to maintain strict confidentiality.

# * Applications can be obtained by emailing HR@wolfriverdev.com or by calling WRDC Administrative Offices at (715)-230-3728 *

**<u>EXHIBIT I</u>**



# Compliance Manager

## Five Clans Lending LLC

| | |
|---|---|
| **Second Posting** – Open to the public. | |
| **Closing Date: January 7, 2022** | **Minimum Pay Rate: $ TBD** |
| **Grade: 11- Exempt** | **Status: Regular/Full-time** — Created: 09/15/2021 |

### General Overview of Job:

Under the general supervision of the Operations Director, the purpose of this position is to provide necessary compliance oversight and adaptation of procedures, policies, and reporting processes with all clients and partners.

### Essential Functions:

- Conduct the internal investigation of compliance issues monthly, quarterly, and annually to identify issues and ensure compliance procedures are followed.
- Monitor the handling and reporting of complaints and investigation progress/outcomes to the director or others as directed.
- Conduct testing and reviews of quality assurance reports to ensure operational compliance with applicable regulating agencies as the pertain to: BSA/AML, TILA, GLBA, FDCPA, EFTA, UDAAP, ECOA, etc.
- Develop and deliver compliance reports as requested.
- Assist in the creation and enforcement of written policies and procedures related to compliance activities.
- Create, implement, and provide oversight on both new hire training, onboarding and ongoing compliance related training as required by all employees.
- Coordinate with different department managers to review all departmental compliance policies.
- Contribute to the enhancement of the overall risk and compliance profile of the company.



- Communicate with HR in the process of creating and delivering performance reviews, addressing personnel conflicts, and delivering feedback, coaching or other disciplinary as applicable.
- Interact with outside counsel and vendors as appropriate.
- Research regulations, legal requirements, and industry best practices.
- Perform related duties as directed

## Minimum Qualifications:

Associates Degree in Business Administration or related field is required. Bachelor's degree preferred. Three (3) years of experience in compliance and/or quality assurance role. Experience in the lending industry is preferred.

## Special Requirements:

Candidate selected for hire must pass a drug test and employment will be contingent based on the results of said test.

Driver's licenses required.

## Performance Aptitudes:

**Data Utilization:** Requires the ability to perform basic level of data analysis including the ability to review, classify, categorize, prioritize, and/or reference data, statues, and or/guidelines and/or group. Rank, investigate and diagnose. Requires discretion in determining and referencing such to established standards to recognize interactive effects and relationships.

**Human Interaction:** Requires the ability to act as a first line supervisor, including scheduling, providing employee feedback, and recommending employee selection.

**Equipment. Machinery, Tools, and Materials Utilization:** Requires the ability to operate, maneuver and/or provide simple but continuous adjustment on equipment, machinery, tools and/or materials used in performing essential functions.

**Verbal Aptitude:** Requires the ability to utilize a wide variety of reference and descriptive data and information.



**Mathematical Aptitude:** Requires applying and understanding of the principles and techniques of systems to manage and/or influence others.

**Situational Reasoning:** Requires applying judgement, decisiveness, and creativity in dealing with situations involving the evaluation of information against sensory or judgmental criteria.

## Behavior Expectations:

Must be able to work in a properly collegial relationship with co-workers. Must be able to interact with other departments in a spirit of compromise. Must be able to take on additional responsibilities in a spirit of cooperation and teamwork. Must be able to maintain an atmosphere of trust, fairness, and respect and be mutually supportive with co-workers. Must be able to maintain strict confidentiality.

# * To apply please visit our website www.wolfriverdevelopment.com or email us at HR@wolfriverdev.com *

# Management

## Wolf River Development Departments


**Retail Manager -
Angel Summers**

angel.summers@wolfriverdev.com


**Lending -
Jeremy Pieper**

jeremy.pieper@wolfriverdev.com


**Primal Woods -
Wayne White**

wayne.white@wolfriverdev.com


**GM -
Jennifer Peters**

jennifer.peters@wolfriverdev.com


**Finance Manager -
Kyle West**

kyle.west@wolfriverdev.com


**HR Manager -
Kaycee Frechette**

kaycee.frechette@wolfriverdev.com

**EXHIBIT J**





**UNITED STATES POSTAL SERVICE**

MCHENRY
4530 W CRYSTAL LAKE RD
MCHENRY, IL 60050-5308
(800)275-8777

09/03/2021                    11:06 AM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Envelope 6x9 | 1 | $0.49 | $0.49 |
| First-Class Mail® | | | $0.58 |
| Letter | | | |

Keshena, WI 54135
Weight: 0 lb 0.50 oz
Estimated Delivery Date
Tue 09/07/2021
Certified Mail®                        $3.75
Tracking #:
70190700000675?4555
Return Receipt                         $3.05
Tracking #:
9590 9402 5076 9082 2341 44

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7019 0700 0000 L753 4555

SEP -2 2021

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

...experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
•••••••••••••••••••••••••••••••••••••

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Package
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 145607-0717
Clerk: 05



**REVOCATION NOTICE**

West Side Lending, LLC

JOSHUA KALKBRENNER



West Side Lending, LLC

Voluntary Wage Assignment Department

Po Box 687

Keshena, WI, 54135

Re:

I, JOSHUA KALKBRENNER, hereby revoke the wage assignment I signed on 2021-07-15. You no longer have my permission to use this wage assignment.

Signed By and Date:

Joshua Kalkbrenner   9-3-2021

**<u>EXHIBIT K</u>**

# Confidentiality Notice

The information contained in this transmission, including any attachments, is intended solely for the payroll department or person(s) overseeing payroll. Any unauthorized review, use, disclosure, distribution, or copying is strictly prohibited. If you are not the intended recipient, or have received this message in error please contact West Side Lending LLC immediately by email at assignment@westsidelend.com or by phone at (888) 238-7915 and destroy all copies of the original message and any attachments.

# ATTN: Payroll Department

Fax #:

Date:    11/22/2021

Pages:  5

Re:      Employee Voluntary Wage Assignment


Attached are Voluntary Wage Assignment documents regarding one of your employees. Please process the wage assignment accordingly. In order to assist you, we have included the following:

1.    Wage Assignment Demand Notice;
2.    Employment Confirmation; and
3.    Executed Voluntary Wage Assignment Agreement

Please let us know if you need any additional information or there is anything we can do to make the process easier. Thank you for your help and attention to this matter.

Sincerely,

West Side Lending LLC
PO Box 687
Keshena, WI 54135
Toll Free:      (888) 238-7915
Fax:            (906) 373-3033
Email:          assignment@westsidelend.com

## VOLUTARY WAGE ASSIGNMENT DEMAND NOTICE

Employee:          JOSHUA KALKBRENNER
Employer Name:
Fax Number:
Date:              11/22/2021



Re: Voluntary Wage Assignment; <JOSHUA KALKBRENNER, 6531>

Dear Employer:

This is a notice of demand and execution ("Demand") on a contractual and Voluntary Wage Assignment duly signed by JOSHUA KALKBRENNER, ("Employee") provided to West Side Lending Under the Voluntary Wage Assignment, you as Employer are authorized and instructed to deduct amounts from the Employee's wages in accordance with the Voluntary Wage Assignment, this demand, and applicable law.

You are to begin deductions on the first pay day after you receive this Demand. If the first pay day is within **ten (10) days** after you receive this, you may begin deductions on the second pay day after receipt. You are to continue deductions until the Voluntary Wage Assignment is revoked by JOSHUA KALKBRENNER; cancelled by West Side Lending LLC; or as required by applicable law.

Enclosed is a copy of the Voluntary Wage Assignment executed by JOSHUA KALKBRENNER. The Voluntary Wage Assignment was electronically signed by JOSHUA KALKBRENNER in accordance with The Electronic Signatures and National Commerce Act.

The employee was notified that you would be receiving this Demand prior to it being sent.

Please read all of the documents carefully as they contain important information about this Voluntary Wage Assignment. You can contact us about the Voluntary Wage Assignment process at the following number: (888) 238-7915.

Thank you for your attention to this matter.

West Side Lending LLC
PO Box 687
Keshena, WI 54135

Toll Free:     (888) 238-7915
Fax:           (907) 373-3033
Email:         assignment@westsidelend.com

West Side Lending LLC is an economic arm and instrumentality of the Menominee Tribe of Wisconsin, a federally recognized sovereign Indian nation (the "Tribe") that adheres to federal consumer finance laws and operates within the boundaries of the Tribes' reservation. West Side Lending LLC is chartered under and operates pursuant to Tribal Law. Nothing in this communication should be construed as a waiver of sovereign immunity, all of which is expressly reserved

## VOLUNTARY WAGE ASSIGNMENT

| | |
|---|---|
| Date: 7/15/2021 | |
| Employee: JOSHUA KALKBRENNER | Acct Specialist: Manuela Carag |
| Employee SSN: ███████ | Email: assignment@westsidelend.com |
| | Toll Free: (888) 238-7915 |
| ** | Fax: (906) 373-3033 |
| Employer: ██████████ | |
| Fax: ██████████ | |
| Address: | West Side Lending LLC |
| Address: , | PO Box 687 |
| | Keshena, WI 54135 |

Voluntary Wage Assignment Amount.

TOTAL DUE: ███████

**The Voluntary Wage Assignment Amount for each pay period is 10% of the employee's disposable pay (not to exceed 15%).**

**Please make checks payable to: West Side Lending LLC**

**Please mail checks to:**

West Side Lending LLC
PO Box 687
Keshena, WI 54135

## EMPLOYER CONFIRMATION

PLEASE COMPLETE AND RETURN THIS CONFIRMATION TO WEST SIDE LENDING LLC WITHIN 10 DAYS OF RECEIPT

Date: 11/22/2021

| Employee: JOSHUA KALKBRENNER | Employee SSN |
| | |

**To be completed by employer:**

| Date Received: | |
| | |
| Employer: | **Employer EIN/TIN:** |
| | |

Check One:

_____The above named employee is currently employed with this employer, and deductions will start on

_____day of_____, in the year_____,

OR

_____The above named employee is no longer employed with this employer.

If the employee is no longer employed with this Employer, please complete the following:

| **Employment Termination Date:** | **Employee's current employer (if known):** |
| | |
| **Employee's last known address and telephone:** | |
| | |

HR/Payroll Signature                                    Date

HR/Payroll Print Name

Send completed confirmation by fax or mail to:
West Side Lending LLC
Fax: (906) 373-3033
Mail: PO Box 687, Keshena, WI 54135