IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSHUA KALKBRENNER, <br> JACOB W. GUIMOND, <br> and JOSHUA HARRIS, <br> on behalf of Plaintiffs and the class members <br> described below, <br><br> Plaintiffs, <br><br> vs. <br><br> WEST SIDE LENDING, LLC; <br> JENNIFER PETERS; <br> WOLF RIVER DEVELOPMENT COMPANY; <br> NEW PLATFORM FUND, LLC; <br> and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:22-cv-00420 <br><br> Honorable Robert M. Dow Jr. |

## STIPULATION OF DISMISSAL

Plaintiffs, Joshua Kalkbrenner, Jacob W. Guimond, and Joshua Harris, and Defendants West Side Lending, LLC, Jennifer Peters, Wolf River Development Company, and New Platform Fund, LLC (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' individual claims with prejudice and without prejudice as to the claims of the putative class, with each party to bear their own costs.

Respectfully submitted,

DATED: April 21, 2022

| | |
|---|---|
| */s/ Matthew J. Goldstein* <br> Matthew J. Goldstein <br> Tara L. Goodwin <br> Daniel A. Edelman <br> EDELMAN COMBS LATTURNER <br>      & GOODWIN, LLC <br> 20 S. Clark St., Suite 1500 <br> Chicago, IL 60603 <br> (312) 739-4200 <br> courtecl@edcombs.com <br> *Counsel for Plaintiffs* | */s/ Bryant Lamer* <br> Bryant Lamer #6271286 <br> SPENCER FANE LLP <br> 1000 Walnut St., Suite 1400 <br> Kansas City, MO 64110 <br> (816) 292-8296 (Telephone) <br> (816) 474-3216 (Facsimile) <br> blamer@spencerfane.com <br> *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

    I, Matthew J. Goldstein, hereby certify that on Thursday, April 21, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

                                      */s/ Matthew J. Goldstein*
                                      Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Matthew J. Goldstein (ARDC 6339033)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

2