# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Joshua Kalkbrenner

                                      Plaintiff,

v.                                                           Case No.: 1:22−cv−00420
                                                                        Honorable Robert M. Dow Jr.

West Side Lending, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, April 24, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation of dismissal [12] filed on 4/21/2022, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' individual claims are dismissed with prejudice and the claims of the putative class are dismissed without prejudice with each party to bear their own costs. Status hearing set for 5/9/2022 is stricken. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.